**HERISCHI & ASSOCIATES**

www.ibhlaw.com　　　　　　　　　7201 Wisconsin Ave., Suite 450　　　　　　　　Tel: 301-363-4540
info@ibhlaw.com　　　　　　　　　Bethesda, MD 20814　　　　　　　　　　　　　Fax: 301-363-4538

February 25, 2020

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Office of the Clerk of the Court
Attn: Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:  Request for Service of Process on Defendants in *Alinejad v. Islamic Republic of Iran*, Civil Action No. 1:19-cv-3599

Dear Clerk of the Court:

As counsel to the Plaintiff in the above-captioned case, I respectfully request your assistance to effect service in this matter on the Defendants, the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps (IRGC), Supreme Leader Seyed Ali Hosseini Khamenei, and the Judiciary of Iran, pursuant to 28 U.S.C. § 1608(a)(3).

This is an action against the Islamic Republic of Iran, its political subdivisions, and its Supreme Leader in his official capacity, filed pursuant to provisions of the Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A. Because the United States has no diplomatic relations with the Defendants, Congress has directed, pursuant to 28 U.S.C. § 1608(a)(3), that the Clerk of Court send a copy of the summons, complaint and a notice of suit, together with a translation of each (in this case, a Farsi translation), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of court to the head of the ministry of foreign affairs of the foreign state concerned."

As such, I have enclosed for each Defendant: (1) one copy of the Complaint; (2) one copy of the summons for each Defendant; (3) one copy of the Notice of Suit; and (4) one copy of each document translated into Farsi, the official language of the Islamic Republic of Iran. Plaintiff also encloses, as directed by the District Court's *Attorney Manual for Service of Process on a Foreign Defendant*, one copy of the Affidavit Requesting Foreign Mailing, and one copy of the Notice of Electronic Filing regarding that Affidavit.

We respectfully request that the Clerk's Office take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(3). The address below should be used for dispatching the enclosed documents to the Iranian Ministry of Foreign Affairs via certified United States mail:

> Mohammad Javad Zarif,
> Minister of Foreign Affairs
> Ministry of Foreign Affairs
> Imam Khomeini St., Imam Khomeini Sq.,
> Tehran, Islamic Republic of Iran

Pursuant to the Court's *Attorney Manual for Service of Process on a Foreign Defendant*, Plaintiffs' counsel is prepared to take the package to the Post Office to be mailed after the Clerk's Office reviews and seals the package. Plaintiffs' counsel will then return the stamped Certified Mail Receipt to the Clerk's Office for further processing.

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to call me at (301) 363-4540.

Sincerely,

Ali Herischi, Esq.

Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
www.ibhlaw.com
(301) 363-4540

2