**Registered No.** RB 7**** 99 27US (handwritten over: RB 7[illegible]US)

To Be Completed By Post Office

| Postage $ $40.50 | Extra Services & Fees (continued) |
|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☑ Registered Mail $ $16.00 | ☑ Signature Confirmation Restricted Delivery $ |
| ☑ Return Receipt (hardcopy) $ $4.15 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Restricted Delivery $ $0.00 | Total Postage & Fees $ 63.50 |
| Customer Must Declare Full Value $ $0.00 | Received by 03/10/2020 |

Date Stamp: FRANCES PERKINS STATION, WASHINGTON, DC 20210 — 021 — MAR 10 2020

Domestic Insurance up to $50,000 is included based upon the **declared value**. International indemnity is limited. (See Reverse).

**OFFICIAL USE** 3599

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: WASHINGTON DC 20210 / Hensch & Associates / 7201 Wisconsin Ave #440 / Bethesda MD 20814

TO: IRI Ministry Foreign Affairs / Imam Khomeini Street / Tehran - Iran / 19cv3599

PS Form **3806, Registered Mail Receipt** April 2015, PSN 7530-02-000-9051 — Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES POSTAL SERVICE ®

**Dispatch Note**

FOR USPS-USE ONLY — Scheduled Delivery Date / / — Insured Fee (U.S. $)

City | State/Province | Country

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply) ☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Legal Documents | | | | |
| | | | | |
| | | | | |
| | 6. Total | | | |

19. Width (Inches) — 20. Height (Inches)

1. Restrictions (If applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one) ☐ Return to Sender ☒ Treat as Abandoned

23. Sender's Signature and Date

**I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.**

For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number — 25. Country of Origin

PS Form **2976-R,** April 2016 PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially