CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Masih Alinejad
_____
Plaintiff(s)

vs.
The Islamic Republic of Iran,
The Islamic Revolutionary Guard Corps (IRGC),
Supreme Leader Seyed Ali Hosseini Khameni,
The Judiciary of Iran

Civil Action No.: 1:19-cv-3599

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Islamic Republic of Iran
c/o Mohammad Javad Zarif,
Minister of Foreign Affairs
Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.,
Tehran, Islamic Republic of Iran

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): The Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Ali Herischi, Esq.
Herischi & Associates, LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814

(Name and Address)