**HERISCHI & ASSOCIATES**

www.ibhlaw.com  
info@ibhlaw.com

7201 Wisconsin Ave., Suite 450  
Bethesda, MD 20814

Tel: 301-363-4540  
Fax: 301-363-4538

June 17, 2020

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Office of the Clerk of the Court  
Attn: Ms. Angela D. Caesar  
United States District Court  
For the District of Columbia  
333 Constitution Avenue, NW  
Washington, D.C. 20001

Re: Request for Service of Process on Defendants in *Alinejad v. Islamic Republic of Iran*, Civil Action No. 1:19-cv-3599

Dear Clerk of the Court:

As counsel to the Plaintiff in the above-captioned case, we respectfully request your assistance to effect service in this matter on Defendant the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4).

We previously wrote to you on February 25, 2020, requesting that service be effected through your office pursuant to 28 U.S.C. § 1608(a)(3). In our prior correspondence, we noted that service could not be made pursuant to 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2). Therefore, pursuant to § 1608(a)(3), you dispatched a copy of the summons and complaint and a notice of the suit, together with a translation of each into Farsi (the official language of the Islamic Republic of Iran), to Defendants on March 10, 2020.

To date, no response has been received from Defendants. Because service was not effected within thirty (30) days under 28 U.S.C. § 1608(a)(3), we now request that the Clerk dispatch the alternate means of service provided for under 28 U.S.C. § 1608(a)(4). In such cases, the Clerk of Court shall send all required documents "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services[.]" The Secretary of State shall then take steps to effect service through diplomatic channels.

As such, we have enclosed for Defendant: (1) two copies of the Complaint; (2) two copies of the summons for Defendant; (3) two copies of the Notice of Suit (attached to which is a copy of the Foreign Sovereign Immunities Act); and (4) two copies of each document translated into Farsi, the official language of the Islamic Republic of Iran. Plaintiff also encloses, as directed by the District Court's *Attorney Manual for Service of Process on a Foreign Defendant*, one copy of the Affidavit Requesting Foreign Mailing, and one copy of the Notice of Electronic Filing regarding that Affidavit.

We respectfully request that the Clerk's Office take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(4). The address below should be used for dispatching the enclosed documents to the Director of Special Consular Services via certified United States mail:

> U.S. Department of State
> CA/OCS/L, SA-17, 10th Floor
> Washington, DC 20522-1710
> Attn: FSIA

Pursuant to the Court's *Attorney Manual for Service of Process on a Foreign Defendant*, Plaintiff's counsel is prepared to take the package to the Post Office to be mailed after the Clerk's Office reviews and seals the package. Plaintiff's counsel will then return the stamped Certified Mail Receipt to the Clerk's Office for further processing.

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to call me at (301) 363-4540.

Sincerely,

Ali Herischi, Esq.

Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
www.ibhlaw.com
(301) 363-4540

2