

# UNITED STATES POSTAL SERVICE — Click-N-Ship®

usps.com
$10.40
US POSTAGE
Flat Rate Env
Signature Confirmation

9410 8036 9930 0123 2659 51 0104 0000 0012 0522

06/25/2020   Mailed from 20001   062S0000001307

## PRIORITY MAIL 1-DAY™

CLERK OFFICE
US DISTRICT COURT FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVE NW
WASHINGTON DC 20001-2802

Expected Delivery Date: 06/26/20
Ref#: 19-c-03599

**0024**

**C000**

**SIGNATURE REQUIRED**

SHIP TO:
ATT FSIA
STATE DEPARTMENT
CA/OCS/L, SA-17, 10TH FLOOR
WASHINGTON DC 20522-1710

### USPS SIGNATURE TRACKING #



9410 8036 9930 0123 2659 51

Electronic Rate Approved #038555749


USPS.COM/PICKUP

19-3599

EP14F Oct 2018
OD: 12 1/2 x 9 1/2




