IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:19-cv-03599-EGS |
| The Islamic Republic of Iran et al., | |
| *Defendants.* | |

### PLAINTIFF'S STATUS REPORT

Plaintiff filed suit in this Court on December 2, 2019. *See Complaint, Docket No. 1*. Pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. § 1608(a)(3), service on The Islamic Republic of Iran and its Supreme Leader Seyed Ali Hosseini Khamenei, as well as its agencies/instrumentalities the Judiciary of Iran and the Islamic Revolutionary Guard Corps (IRGC) was first attempted via the Clerk of Court on March 13, 2020. *See Certificate of Clerk – 1608(a)(3), Docket No. 6*. Defendants did not respond to service within the thirty days provided. On July 1, 2020, the Clerk of Court dispatched two copies of the summons, notice of suit, and complaint to the U.S. State Department pursuant to 28 U.S.C. § 1608(a)(4) for diplomatic service. *See Certificate of Clerk – 28USC1608(a)(4), Docket No. 9*.

Under FSIA § 1608(c)(1), service is deemed to have been made "as of the date of transmittal indicated in the certified copy of the diplomatic note". The Office of the Legal Adviser of the State Department has advised that the documents are currently with the Swiss Embassy in Tehran, Iran for delivery but that service has not yet been executed and is expected by approximately October 19, 2020. *See Exhibit A, State Department Email*. Upon receipt of such note, counsel for Plaintiff will file proof of service with this Court.

1

Dated October 9, 2020.

Respectfully,

                                                         _/s/_____
Ali Herischi, Esq.
MD0024
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Attorney for Plaintiff*