

Brett Harshbarger <brett@ibhlaw.com>

## Fwd: FSIA Service of Process

**Hess, Jared N** <HessJN@state.gov>      Tue, Oct 6, 2020 at 4:10 PM
To: Ali Herischi <ali.herischi@ibhlaw.com>
Cc: Brett Harshbarger <brett@ibhlaw.com>, "McPherson, Michael" <McPhersonMC@state.gov>

Hi Mr. Herischi,

At the moment the documents are still with the Swiss in Tehran. I hope to have an update in the next week or two. If you don't hear from us by the 19th, reach out to our office and we can see if we can get an update from our colleagues in Bern.

Best,

**Jared N. Hess**

U.S. Department of State

L/CA/POG/GC - Teleworking

E-mail: HessJN@state.gov


**From:** Ali Herischi <ali.herischi@ibhlaw.com>
**Sent:** Tuesday, October 6, 2020 4:05 PM
**To:** Hess, Jared N <HessJN@state.gov>
**Cc:** Brett Harshbarger <brett@ibhlaw.com>; McPherson, Michael <McPhersonMC@state.gov>
**Subject:** Re: FSIA Service of Process

Dear Mr. Hess,

We received copy of services performed, thank you.

Also, would you update us about these cases as well?

*Daniel Diba v. Iran, et al.*, Case Number 1:20-cv-00240

*Masih Alinejad v. Iran, et al.*, Case Number 1:19-cv-3599-EGS

Regards

On Tue, Sep 15, 2020 at 9:03 AM Hess, Jared N <HessJN@state.gov> wrote:

> Good Morning,
>
> Please see the attached courtesy copies of the diplomatic notes in the cases listed below. Per the attached, the Swiss Foreign Interests Section attempted to deliver each on August 19th.
>
> Best,