IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad, *Plaintiff*, v. The Islamic Republic of Iran et al., *Defendants.* | Civil Action No. 1:19-cv-03599-EGS |

**PLAINTIFF'S SECOND STATUS REPORT**

Plaintiff filed suit in this Court on December 2, 2019. *See Complaint, ECF No. 1*. On July 1, 2020, the Clerk of Court dispatched two copies of the summons, notice of suit, and complaint to the U.S. State Department pursuant to 28 U.S.C. § 1608(a)(4) for diplomatic service. *See Certificate of Clerk – 28USC1608(a)(4), ECF No. 9*. On October 6, 2020 this Court ordered that a status report be provided regarding Plaintiff's attempt at diplomatic service upon Defendants. At that time, the Office of the Legal Adviser of the State Department had advised that the documents were with the Swiss Embassy in Tehran, Iran for delivery but that service had not yet been executed and was expected by approximately October 19, 2020.

On October 19, 2020, counsel contacted the State Department as directed for a status update and was informed that the documents for this case had not been included in the diplomatic pouch received that week. *See State Department emails, Exhibit A*. On the morning of November 12, 2020, counsel received notice from the State Department that service was effected on October 27, 2020 and that certified copy of the diplomatic notes will be transmitted to the Clerk. *See Exhibit A*. Upon receipt of such note, counsel for Plaintiff will file proof of service with this Court.

1

Dated November 12, 2020.

Respectfully,

                                                      _____/s/_____
Ali Herischi, Esq.
MD 0912160047
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Attorney for Plaintiff*

2