

Brett Harshbarger <brett@ibhlaw.com>

## Fwd: FSIA Service of Process

**Hess, Jared N** <HessJN@state.gov>    Thu, Nov 12, 2020 at 8:55 AM
To: Brett Harshbarger <brett@ibhlaw.com>, Ali Herischi <ali.herischi@ibhlaw.com>
Cc: "McPherson, Michael" <McPhersonMC@state.gov>

Good Morning Mr. Harshbarger,

We received confirmation that the documents in each case have been served and are in route back to Washington. It appears that service was effected on October 27th. Following receipt, we will transmit the certified copy of the diplomatic notes to the clerk.

Best,

**Jared N. Hess**

U.S. Department of State

L/CA/POG/GC

E-mail: HessJN@state.gov