IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Masih Alinejad,

            *Plaintiff*,

vs.

The Islamic Republic of Iran et al.,

            *Defendants*.

Case Number: 1:19-cv-03599-EGS

## DECLARATION OF ALI HERISCHI
## IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Ali Herischi, declare pursuant to 28 U.S.C. § 1746:

1. I am the counsel for Plaintiff in the above-captioned action.

2. Defendant the Islamic Republic of Iran, was served with copy of the Complaint alleging unlawful acts under 28 USC §§ 1602 et seq. ("FSIA") and other required documents were filed herein on December 2, 2019 and service of process was had on the defendant on October 27, 2020. That service was accomplished by the Swiss Embassy in Tehran, Iran acting on behalf of the United States.

3. More than sixty (60) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on January 13, 2020

Respectfully submitted,

_/s/_

Ali Herischi, Esq. (MD0024)

*Attorney for Plaintiff*