**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Masih Alinejad,

*Plaintiff,*

v.

The Islamic Republic of Iran et al.,

*Defendants.*

**Civil Action No. 1:19-cv-3599-EGS**

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff filed this case on December 2, 2019 under the Foreign Sovereign Immunities Act (FSIA). The service on Defendants; The Islamic Republic of Iran and its Supreme Leader Seyed Ali Hosseini Khamenei, as well as its agency/instrumentality the Islamic Revolutionary Guard Corps (IRGC) and the Judiciary of Iran, under 28 U.S.C. § 1608(a)(3) was attempted via the Clerk of Court on March 13, 2020. *(Docket #6).* Defendants did not respond to service within the thirty days provided. However due to the current condition of delayed international mail delivery, Plaintiff waited longer to receive a notice of delivery from Iran, which has not been delivered as of date of this filing.

On July 1, 2020, Plaintiff filed a Request from Clerk of Court dispatched two copies of the summons, notice of suit, and complaint to the U.S. State Department pursuant to 28 U.S.C. § 1608(a)(4) for diplomatic service. (Docket #7).

On July 1, 2020, the Clerk issued a certification of mailing to the U.S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4).

On December 07, 2020, this Court filed RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ISLAMIC REPUBLIC OF IRAN was effected on October 27, 2020. (*Docket #12)*

Plaintiff filed the Motion for Entry of Default on January 13, 2021 (Docket 13).

Upon Entry of Default, Plaintiff will take steps to file the Motion for Default Judgment in accordance with this Honorable Court.

Respectfully Submitted.

Dated January 13, 2021

_____/s/_____
Ali Herischi, Esq.
MD 0912160047
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Attorney for Plaintiff*