IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Masih Alinejad,

          *Plaintiff,*

vs.

The Islamic Republic of Iran et al.;

          *Defendants*.

Case Number:   1:19-cv-03599-EGS

## STATUS REPORT

As of the date of this Status Report, Plaintiffs are finalizing supporting documentation and affidavits from witnesses to be used in their Motion for Default Judgment. Plaintiffs are planning to file the Motion for Default Judgment no later than Friday, August 13, 2021.

Plaintiffs ask that this Court to schedule a status hearing in the month of July to inquire about a specific instruction from this Chamber before submitting the Motion for Default Judgment.

Submitted this 24st day of June, 2021.

                                            _____/s/_____
                                            Ali Herischi, Esq. (MD0024)
                                            Herischi & Associates LLC
                                            7201 Wisconsin Ave. Ste. 440
                                            Bethesda, MD 20814
                                            ali.herischi@ibhlaw.com
                                            Tel.: 301.363.4540
                                            Fax: 301.363.4538
                                            *Attorney for Plaintiffs*