IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad,<br><br>*Plaintiff,*<br><br>vs.<br><br>The Islamic Republic of Iran et al.;<br><br>*Defendants*. | Case Number:   1:19-cv-03599-EGS |

## NOTICE OF ERRATA

Plaintiff Masih Alinejad respectfully submits this Notice of Errata to its Status Report (docket # 16) in order to correct an inadvertent error. Plaintiff filed a Status Report on June 24, 2021; however, the uploaded status report has been a wrong document, related to a different case. Plaintiff has resubmitted a correct Status Report immediately after the filing the wrong file. Now we are asking this court to either delete or reject the status report filed in mistake, docket #16. Counsel for Plaintiff apologizes for this error.

Submitted this 24th day of June 2021.

_____/s/_____
Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538
*Attorney for Plaintiffs*