UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIH ALINEJAD; *Plaintiff*, v. THE ISLAMIC REPUBLIC OF IRAN et al..; *Defendants*. | Civil Action No: 1:19-cv-03599-EGS |

## PROPOSED ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff and against Defendants for compensatory damages in the amount of $39,220,000 USD for loss of solatium and pain and suffering. It is **FURTHER ORDERED** that in addition to the above compensatory damages, Plaintiff is entitled to punitive damages in the amount of $150,000,000. This is a final, appealable order. The Clerk of the Court is directed to close the case.

**SO ORDERED**.

_____
Emmet G. Sullivan
United States District Judge

Date: _____