UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASIH ALINEJAD;

*Plaintiff*,

v.

THE ISLAMIC REPUBLIC OF IRAN et al..;

*Defendants*.

Civil Action No: 1:19-cv-03599-EGS

**INDEX TO EXHIBITS TO
MOTION FOR DEFAULT JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Masih Alinejad |
| 2 | Declaration of Kambiz Foroohar |
| 3 | Declaration of Roya Hakakian |
| 4 | Declaration of Ramin Ahmadi |
| 5 | Declaration of Mehrangiz Kar |
| 6 | Masih Alinejad Certificate of Naturalization |
| 7 | Photo of Masih Alinejad and her brother Alireza on a rice farm in the village of Ghomikola, Iran in 2007 |
| 8 | Swiss Embassy Certification of Service of Process on Defendants |
| 9 | Plaintiff's Offer to Arbitrate and Electronic U.S.P.S. Certified Mail Return Receipt |
| 10 | Nahid Siamdoust, "'Jesus' vs. Ahmadinejad", TIME (May 7, 2008) |
| 11 | *Masih Alinejad Profile*, STRIVING FOR HUMAN RIGHTS |
| 12 | Julia Carpenter, "Iranian Women Shed Hijabs for 'Stealthy Freedom' Facebook Page", THE WASHINGTON POST (May 16, 2014) |
| 13 | "My Stealthy Freedom" group page, FACEBOOK.COM |
| 14 | "Iranians Protest Over Acid Attacks on Women, Apparently for Not Wearing Veils" ABC NEWS (Oct. 22, 2014) |
| 15 | "Secretary Pompeo's Meeting with Iranian Women's Rights Activist Masih Alinejad", *Press Statement*, U.S. DEP'T OF STATE (Feb. 4, 2019) |
| 16 | Sonia Elks, "Iranian Women Defy Prison Threats by Sending Veil Photos: Activist", REUTERS (July 31, 2019) |
| 17 | U.S. Department of State, Bureau of Democracy, Human Rights, and Labor, *2019 Custom Report Excerpts: Iran*, HUMAN RIGHTS REPORTS |

| 18 | Julia Carpenter, "Iranian journalist faces threats, false report of rape after viral Facebook success", THE WASHINGTON POST (June 7, 2014) |
|---|---|
| 19 | Freda Kahen-Kashi, "Iranian Journalist Denounced as 'Whore' Amid Women's Rights Campaign", ABC NEWS (June 5, 2014) |
| 20 | Alireza Youtube video transcript (English) |
| 21 | Alireza Alinejad Order and English translation |
| 22 | "Prison for Iranian Woman Rights Activists Confirmed, Alinejad's Appeal Denied", IRAN INT'L, Feb. 13, 2021 |
| 23 | *Annual Report on Iran*, AMNESTY INT'L (2019) |
| 24 | Javaid Rehman (Special Rapporteur on the situation of human rights in the Islamic Republic of Iran), *Situation of human rights in the Islamic Republic of Iran*, U.N. Doc. A/HRC/43/61 (Jan. 28, 2020) |
| 25 | "Iran: Cruel campaign to extract propaganda 'confessions' from protesters against compulsory veiling", AMNESTY INT'L (July 15, 2019) |
| 26 | "Iran: Family of Women's Rights Activist Arrested in Despicable Attempt to Intimidate Her into Silence", AMNESTY INT'L (Sept. 25, 2019) |
| 27 | *"Like the Dead in Their Coffins": Torture, Detention, and the Crushing of Dissent in Iran*, HUMAN RIGHTS WATCH VOL. 16 NO. 2(E), June 2004. |
| 28 | "Exiled Journalists Threatened, Pressured and Defamed from inside Iran" REPORTERS WITHOUT BORDERS (Oct. 3, 2013 – Updated on Jan. 20, 2016) |
| 29 | U.S. Department of State, *State Sponsors of Terrorism* |
| 30 | U.S. Department of State, *2019 Country Reports on Terrorism* |
| 31 | Iran Action Group, "Outlaw Regime: A Chronicle of Iran's Destructive Activities", U.S. Department of State (2018) |
| 32 | "Amnesty International Accuses Iran of 'Blatant' Intimidation of Activist with Arrests", RADIO FREE EUROPE (Sept. 26, 2019) |
| 33 | "Brother of Anti-Hijab Activist Sentenced to Eight Years in Iran", RADIO FARDA (July 16, 2020) |
| 34 | @AlinejadMasih, TWITTER (Feb. 13, 2021 at 1:12 PM), https://twitter.com/AlinejadMasih/status/1360653013707333634) |
| 35 | FIDH/Justice for Iran, *Orwellian State: Islamic Republic of Iran's State Media as a Weapon of Mass Suppression*, No. 749a (June 2020) |
| 36 | Masih Alinejad, "Iran's Basij promised to butcher me for fighting compulsory hijab", THE WASHINGTON POST (March 28, 2018) |
| 37 | "Iran: UN experts condemn execution of Ruhollah Zam", OHCHR (Dec. 14, 2020) |
| 38 | Masih Alinejad, "Iranian Officials Have Declared They Want to Kidnap Me. It's Happened to Others Before." THE WASHINGTON POST (Aug. 10, 2020) |
| 39 | Documentation of Twitter Threats: @AlinejadMasih, TWITTER (Aug. 3, 2020 at 10:13 AM) https://twitter.com/AlinejadMasih/status/1290291711692795905 |
| 40 | Roya Hakakian, "Opinion: He Chose Jail Over Disowning His Sister—and Set an Example for All His Countrymen", THE WASHINGTON POST (May 1, 2020) |
| 41 | "Iranian Intelligence Officials Indicted on Kidnapping Conspiracy Charges" THE U.S. DEP'T OF JUSTICE (July 13, 2021) |