# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad,<br><br>                              *Plaintiff,*<br>v.<br><br>The Islamic Republic of Iran et al.,<br><br>                              *Defendants*. | **Case Number:  1:19-cv-03599-EGS** |

### DECLARATION OF KAMBIZ FOROOHAR

COMES NOW Kambiz Foroohar and states as follows:

1.      I am a naturalized citizen of the United States and the State of New York, having come to the United States in 1988 and became a citizen in October 2013.

2.      I have been a journalist for U.S. publications since 1990 and a documentary maker for the past year. I have published numerous articles in Wall Street Journal, Bloomberg, BusinessWeek, Forbes and National Interest magazine.

3.      I met Masih Alinejad in August 2009 while she was in the U.S. in anticipation of an interview with the former President Barack Obama.  I closely followed her career after we became engaged in October 2019. She was a tireless human rights campaigner and an investigative journalist who continually exposed human rights violations by the Iranian government in the aftermath of the 2009 disputed presidential elections.  Families who had had their loved ones arrested or killed by the security forces appealed to Masih as the last person who could help them. Masih would diligently follow all the leads to find out what had happened or at times would spend hours and even days or weeks listening to the grieving families.

1

4.      To have such a burden put on her would have taken a lot out of Masih but for the love and support of her brother Alireza and his cool sense of humor.  No matter what the challenge Alireza was facing, he managed to see the amusing side of his problems. His almost daily conversations and messages with Masih were the rock of emotional support that only family can provide. Alireza was the most important family member that reached to her daily. Alireza is a well-read and rounded person. In Oct. 2014, as Masih and I prepared to head to Hawaii for our honeymoon, Alireza called from Tehran to offer tips on what to do and where to go to get the full island experience.

5.       The level of attacks on Masih increased to a different level; we witnessed an exponential jump in frequency, intensity and novelty after she launched the My Stealthy Freedom campaign against compulsory hijab in Iran 2014.  Compulsory hijab is one of the foundational blocks of the Islamic Republic and Masih's campaign was viewed as an existential threat by the authorities in Tehran.

6.      Apart from death threats, issued publicly and privately, Masih received daily threats of kidnapping, threats of acid attacks, and threats of rape. On top of that she has been subjected to an orchestrated campaign of abuse and lies on social media to distract her message.

7.      In 2014, I received a notification that the Iranian state-owned news channel had aired a news item that Masih had been raped in London by "three thugs."  I was horrified as I watched the broadcast and was sickened by the joy expressed by the announcers as they read the news. I was extremely distressed by the news. Before reaching out to Masih, I searched all other news channels and websites but was surprised that I could not find any mention of this attack. The fake news of Masih's rape was designed to shame her, ruin her image and warn off other women from joining her campaign.

2

8. In 2017, Alireza called my mobile phone late one evening to warn Masih about an elaborate plot by the Revolutionary Guards to lure her, and the two of us, to Turkey on the pretext of meeting her family. At the time the idea was too outlandish. But I've come to realize how close I was to accepting a trip that could have led to my death or kidnapping. A number of Iranian dissidents, most notably Ruhollah Zam in 2020, have been lured to neighboring countries and kidnapped by the Islamic Republic security forces.

9. It is no exaggeration to say that almost after major incidents in the Islamic Republic, such as the killing of Quds Force commander Qassem Soleimani, Masih is deluged with hundreds and even thousands of threats via email, Twitter and other social media platforms.

10. Masih's family in Iran have been interrogated a number of times by the Intelligence Ministry agents. Her sister and her family have appeared on national television to publicly denounce Masih. Families who have lost their loved ones during protests are warned not to talk to or give interviews to Masih.

11. After we learnt about Alireza's arrest, Masih was devastated by guilt blaming herself and she couldn't talk with her family in Iran because that would only put them in greater harm. She was caught between keeping a low profile so not to give the authorities any excuses to take harsh measures against her brother and the need to publicize the injustice that had been done. All we knew at first was that Alireza had been taken but no other news came out until Navid Mihandoost, a film director called to say that Alireza was being held in section 2A of Evin prison, which is where the Revolutionary Guards keep their political prisoners. The section 2A is notorious for its tough and inhumane interrogations. That news confirmed our worst fears and it was obvious to us the Islamic Republic were going to punish Alireza for Masih's activities.

3

12. The special treatment meted out to Alireza, the special secrecy were all part of a plot to hurt Masih. Not surprisingly, Masih lost weight, more than 10 percent of her body weight, falling to 95 pounds from 105 pounds before the arrest. She could sleep during this time, and when she did, she had violent nightmares which continue to this day. At least once or twice a week I have to wake Masih to save her from the terror of her nightmares.

13. Her only solace is her tiny garden in our front yard which she has become a noted local neighborhood attraction thanks to her 8-feet tall sunflowers and various trees including a cherry blossom tree. She has named the tree after Alireza and from spring through fall would talk to it without any concern of being seen by passersby.

14. In prison, Alireza can make limited number of phone calls but he cannot call Masih because that would increase his sentence. However, other prisoners on furlough send messages to her about Alireza's condition. Ever since the arrest and even before COVID-19, Masih stopped going out for lunch or dinner, arguing that her brother couldn't enjoy fine dining. Whenever she did venture out to a restaurant she'd be consumed by guilt. Masih suffers from depression which she self-medicates.

15. Mr. Mihandoost was a renowned documentary maker in Iran but he too was arrested in Dec. 2019, just three months after Alireza's arrest and eventually sentenced to more than 3 years in prison for his contacts with Masih.

16. The location of our home has been shared on the Internet. After Soleimani's killing, some members of Parliament called for drastic action to be taken against Masih and her family in Brooklyn, essentially calling for our murder. Another fear is to have acid thrown in Masih's face. With the extra threats, Masih no longer took public transport to work at VOA's New York offices. We have received a measure of protection by the police and federal agencies and have spent time

at safe locations during particularly tense episodes when there were unusual threat activities against her.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of August, 2021.

_____

Kambiz Foroohar