# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad,<br><br>                        *Plaintiff,*<br>vs.<br><br>The Islamic Republic of Iran et al.,<br><br>                       *Defendants.* | **Case Number: 1:19-cv-03599-EGS** |

### DECLARATION OF RAMIN AHMADI

COMES NOW Ramin Ahmadi and states as follows:

1. I am a naturalized citizen of the United States and a resident of the State of Connecticut.

2. I am a medical doctor. I was trained at Yale School of Medicine in the field of Internal Medicine and also have a Master of Public Health degree from Yale School of Public Health with concentration in the area of health and human rights. In the past three decades I have done several health and human rights projects, among them working in East Timor during the transition from Indonesian occupation to independence in 1999 and in Chechnya after the second Russia's war in 2000. I have studied and published on the cases of health deterioration caused by human rights abuses and helped various NGOs to focus their efforts in this area. I am also a co-founder of Iran Human Rights Documentation Center, a human rights monitoring organization established with support of Yale Law School Faculty and U.S. Department of State to document systematic and widespread violation of human rights in Iran.

3. I have known Masih Alinejad for nearly 10 years. During this period, I have known her to be an outspoken critic and a well-known dissident of the Islamic Republic of Iran. She is a

successful campaigner for women's rights in Iran and has become one of the leading voices of opposition to Islamic Republic rule.

4. Masih's family remains in Iran and under intense scrutiny and pressure of the Iranian government. More recently as of September 24, 2019 the Iranian government has arrested her brother Alireza. Alireza has been under pressure to denounce his sister but he has bravely resisted various physical and mental tortures of captivity.

5. Masih has deep commitment not to just to her cause but to her family, especially her brother. She has talked often about her brother and her family. Although Masih lives in exile in the United States, she frequently receives death threats and worse from the Iranian government. Her family in Iran now face more harassment and intimidation with frequent reports of Alireza being kept in solitary confinement.

6. The recent arrest and sentencing of Masih's brother Alireza was an attempt to silence her criticism of the Iranian government and it has affected her mental well-being. I have noticed a depressed mood and classic symptoms of post-traumatic distress syndromes in her. She is now frequently anxious and has difficulty to concentrate. Before the arrest of her brother, Masih was always optimistic, efficient with her time, and full of energy. She was tireless, a real workaholic.

7. Now, she has difficulty focusing and is easily distracted from some of her projects. On occasions she has had panic attacks and having tightness in her chest and difficulty breathing. Her energy level and enthusiasm have diminished. She has complained of having trouble sleeping and has upsetting nightmares about her brother. Above all else, she has overwhelming feelings of guilt especially about her brother's children.

8. Based on my experience of interviewing so many human rights victims during my life, I believe Masih is suffering from PTSD. She is well aware that her brother's detention and torture has been the direct result of her human rights activity and open criticism of Islamic Republic of Iran.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of August, 2021.

Ramin Ahmadi