# EXHIBIT 6

# THE UNITED STATES OF AMERICA
## CERTIFICATE OF NATURALIZATION

No. 41494635



USCIS Registration No.: A206 118 337

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*(Complete and true signature of holder)*

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: **BROOKLYN, NEW YORK**

The Secretary having found that: **MASIH ALINEJAD**

residing at: **BROOKLYN, NEW YORK**

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

**US DISTRICT COURT EASTERN DISTRICT**

at: **BROOKLYN, NEW YORK**   on: **OCTOBER 17, 2019**

such person is admitted as a citizen of the United States of America.

*U. S. Citizenship and Immigration Services*

**Personal description of holder as of date of naturalization:**

Date of birth: **SEPTEMBER 11, 1976**

Sex: **FEMALE**

Height: **5** feet **03** inches

Marital status: **MARRIED**

Country of former nationality: **UNITED KINGDOM**



## DEPARTMENT OF HOMELAND SECURITY

FORM N-550 (REV. 10/17)

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

