# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIH ALINEJAD<br><br>    Plaintiff,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>SEYED ALI HOSSEINI KHAMENEI,<br>Supreme Leader of Iran;<br>THE JUDICIARY OF IRAN; and<br>THE ISLAMIC REVOLUTIONARY GUARD<br>CORPS<br><br>    Defendants. | **Civil Case No.: 1:19-cv-3599** |

## OFFER TO ARBITRATE

To:   The Islamic Republic of Iran
      c/o The Interests Section of the Islamic Republic of Iran
      1250 23rd Street NW
      Washington, DC 20037
      VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED

      The Islamic Republic of Iran
      c/o Honorable Majid Takht-Ravanchi
      Ambassador and Permanent Representative of
      The Islamic Republic of Iran to the United Nations
      622 Third Avenue, 34th Floor
      New York, NY 10017
      VIA CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED

Pursuant to 28 U.S.C. § 1605A(a)(2)(iii), Plaintiff offers to submit the claims in this action to arbitration in accordance with accepted international rules of arbitration. Defendants may accept this offer to arbitrate within fifty (50) days of receipt of this offer by:

  1.  Notifying the undersigned counsel, in writing, of Defendants' acceptance; or

  2.  Filing a written acceptance with the Clerk of this Court.

1

Defendants' failure to comply with the acceptance procedures set forth above shall constitute a rejection by the Islamic Republic of Iran of a reasonable opportunity to arbitrate these claims.

*   *   *

## CERTIFICATE OF SERVICE

I CERTIFY that this Offer to Arbitrate has been furnished to Defendants by delivery via certified United States Mail, return receipt requested, to the following address, this the 25th day of September, 2020.

The Islamic Republic of Iran
c/o The Interests Section of the Islamic Republic of Iran
1250 23rd Street NW
Washington, DC 20037

The Islamic Republic of Iran
c/o Honorable Majid Takht-Ravanchi
Ambassador and Permanent Representative of
The Islamic Republic of Iran to the United Nations
622 Third Avenue, 34th Floor
New York, NY 10017

Respectfully submitted,

_____
Ali Herischi, Esq.
MD0024
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538
*Counsel for Plaintiffs*

2



*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

Signature Confirmation™ :
**9410 8036 9930 0126 7764 30**

| | |
|---|---|
| Trans. #: 507027749 | Priority Mail® Postage: $7.75 |
| Print Date: 09/25/2020 | Signature Confirmation: $2.65 |
| Ship Date: 09/25/2020 | (Electronic Rate) |
| Expected Delivery Date: 09/26/2020 | Total: $10.40 |

**From:** ALI HERISCHI
HERISCHI & ASSOCIATES LLC
7201 WISCONSIN AVE STE 450
BETHESDA MD 20814-4835

**To:** THE ISLAMIC REPUBLIC OF IRAN
C/O THE INTERESTS SECTION
1250 23RD ST NW
WASHINGTON DC 20037-1164

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



*Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*



---

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0126 7764 47**

| | | | |
|---|---|---|---|
| Trans. #: | 507027749 | Priority Mail® Postage: | $7.75 |
| Print Date: | 09/25/2020 | Signature Confirmation: | $2.65 |
| Ship Date: | 09/25/2020 | (Electronic Rate) | |
| Expected Delivery Date: | 09/28/2020 | Total: | $10.40 |

**From:** ALI HERISCHI
HERISCHI & ASSOCIATES LLC
7201 WISCONSIN AVE STE 450
BETHESDA MD 20814-4835

**To:** THE ISLAMIC REPUBLIC OF IRAN
C/O HONORABLE MAJID TAKHT-RAVANCHI
622 3RD AVE
FL 34
NEW YORK NY 10017-6936

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



# Shipment Confirmation Acceptance Notice

## A. Mailer Action

**Note To Mailer:** The labels and volume associated to this form online, **must** match the labeled packages being presented to the USPS® employee with this form.

Shipment Date: 09/25/20

Shipped From:

ALI HERISCHI
HERISCHI & ASSOCIATES LLC
7201 WISCONSIN AVE STE 450
BETHESDA MD 20814-4835

| Type of Mail | Volume |
|---|---|
| Priority Mail® | 2 |
| Priority Mail Express™* | 0 |
| International Mail* | 0 |
| First-Class Package Service - Retail™ | 0 |
| Other | 0 |
| Total Volume | 2 |

*Start time for products with service guarantees will begin when mail arrives at the local Post Office™ and items receive individual processing and acceptance scans.

## B. USPS Action

- USPS EMPLOYEE: Please scan upon pickup or receipt of mail. Leave form with customer or in customer's mail receptacle. Employee verifies the package volume count on the Package Pickup Carrier Manifest.
    - If the volume on the manifest matches the volume being collected from the customer, the employee should make the **1:YES** selection by pressing the number 1 on the keypad of the handheld scanner, or on the keyboard of the POS ONE terminal.
    - If the volume on the manifest does not match the volume being collected from the customer, the employee should make the **2:NO** selection**.** The mail should still be collected and dispatched as normal.

**USPS SCAN**



9475 7036 9930 0372 7914 23

PS Form **5630**, PSN 7530-08-000-4335, July 5, 2006