# EXHIBIT 13

      



# My Stealthy Freedom آزادی یواشکی زنان در ایران ✓

@StealthyFreedom · Nonprofit Organization

**Send Message**

| Home | About | Photos | More ▾ | | 👍 Like | 🔍 | ⋯ |

## About                                                                 See All

ℹ️  آزادی های یواشکی زنان در ایران
Stealthy Freedoms of Iranian women
Admin: Masih Alinejad
https://twitter.com/masihpooyan
masih.author@gmail.com

ℹ️ این صفحه متعلق به هیچ گروه و جریانی نیست. صفحه دغدغه‌های زنانِ داخل ایران است و عکس‌ها تماما مربوط به عکس‌هایی از شهرهای مختلف ایران است که زنان خودشا... See More

👍 1,069,499 people like this including 2 of your friends



📰 1,044,135 people follow this

🌐 https://www.mystealthyfreedom.org/



      

✉ media@mystealthyfreedom.org
💼 Nonprofit Organization · Non-Governmental Organization (NGO) · Community

ℹ این صفحه عمومی است و مورد توجه رسانه ها قرار خواهد گرفت پس با آگاهی تصمیم بگیریم که چه می خواهیم بگوییم.
masih.author@gmail.com

## Photos — See All

  
  

## Videos — See All



3:49

**Let It Go** We launched a campaign called "My Stealthy Fr...

👍❤😢 25K
2.6M Views · 6 years ago



      

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - May 3, 2014

📍 Page manager locations include: United States, Canada, Czech Republic

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2021

**آزادی یواشکی زنان در ایران My Stealthy Freedom** ✓
22h · 🌐

The Islamic Republic of Iran is a state that literally enjoys robbing its citizens.

In this video I've received from Iran, the woman says many people randomly received texts to pay fines for not wearing hijab.

As #coronavirus kills many, the regime's concern is hijab!





      



474  59 Comments  68 Shares

Like  Comment  Share  

Most Relevant

Write a comment...

**Late Stage Patriarchy Sucks**
Good job, boys, bravo! What heroes. 👏 🤣

Like · Reply · 22h    1

View 9 more comments

**My Stealthy Freedom** آزادی یواشکی زنان در ایران
January 6 at 10:59 AM

While #coronavirus is sweeping through Iran with a huge death toll, authorities are more pre-occupied than ever with women's hijab

Many in Iran are sending me reports of increased harassment of women.

Authorities often blame the West for sanctions and for not allowing them to properly deal with the coronavirus. But somehow, there's always money put aside for morality police. … See More

See Translation







**Families of detained students are seen bringing "acceptable clothing" to their children**

463     20 Comments   41 Shares

👍 Like    💬 Comment    ↗ Share

Most Relevant ▼

Write a comment...

♦ **Top Fan**
**Susan Young**
Defund the "immorality" police! They are totally unnecessary. Covid should be the top priority, not women's hair! 😠

Like · Reply · 6d

View 13 more comments

---

✓ **My Stealthy Freedom** آزادی یواشکی زنان در ایران
December 31, 2020 at 12:32 PM · 🌐

Here's another Iranian woman resisting bullying by the morality police. Even as coronavirus wreaks havoc in Iran, authorities are more focused on hijab.

I receive many videos these days of women who tell me they face increasing street harassment over hijab.

#MyCameraIsMyWeapon



