# EXHIBIT 14

**ABC NEWS**

# Iranians protest over acid attacks on women, apparently for not wearing veils

Posted Wed 22 Oct 2014 at 6:50pm, updated Wed 22 Oct 2014 at 10:39pm

Protesters in Iran have called for increased security after four women were injured in acid attacks reportedly linked to them not wearing veils.

About 1,000 people demonstrated in Isfahan in central Iran where the women were maimed in the past week, attacked by assailants on motorbikes.

The official IRNA news agency reported the crowd waved banners and placards and chanted outside Isfahan's judiciary building, "Isfahan is our city, security is our right".

Isfahan is the country's top tourist destination, 450 kilometres south of Tehran.

Under Islamic law in force in Iran since the 1979 revolution, women must wear loose clothing, known as hijab, that covers the head and neck and conceals their hair.

But many women now wear a headscarf and thin coat rather than the chador, a traditional black garment that covers the body from head to toe.

Morality police with the power of arrest patrol public areas and decide if women are observing the law.

Reports on social networks and local media have said the victims in Isfahan may have been targeted because they were "badly veiled".

Female drivers in the city have been urged to keep their car windows closed.

In what is an emotive issue in the Islamic republic, members of parliament have written to president Hassan Rouhani in recent months to demand police do more to ensure that the law on hijab is enforced.

But this week Mr Rouhani urged people to consider the issue carefully and not to be zealous.

"We should not be overly focused on one issue, such as bad hijab, to prevent vice," he said, alluding to the Islamic duty to promote virtue.

The protest in Isfahan prompted a frenzy of online activity.

In one video uploaded on Facebook, demonstrators were heard chanting "down with the religious extremists".

### 'Attacker took my life away from me'

The protest came as Iran's health minister Hassan Hashemi visited one victim at a city hospital.

The woman, covered in bandages, gave a harrowing account of how she has lost sight in her right eye.

She pleaded with Mr Hashemi, an ophthalmologist, for an operation.

"I was a student, I am educated, I was behind the wheel of my car and then the attacker took my life away from me," the woman, named as Soheila Jorkesh, was quoted as saying by IRNA.

"Nobody knew how to help me at the time. It took 45 minutes for an ambulance to arrive.

"I am the only daughter of this family. My left eye still has sight. Please help me so that I can see."

A much smaller demonstration of about 50 people protested outside Iran's parliament, demanding an end to violence against women.

Acid attacks have risen in recent years in Pakistan, Afghanistan and India, with the abusers claiming they were punishing women for "sullying" their family honour by committing "indecent" behaviour.

The incidents in Isfahan were the first to be prominently reported in Iran in several years.

**AFP**

### More on this story

- Iranian man avoids punishment: acid attacker pardoned by blinded victim
- Acid-throwing case sparks call for payback review
- Acid attack victims fear backlash over Oscar film
- India acid attack survivors call for more government action than just restricting acid sales