# EXHIBIT 21

**Translation**

---

Class case of 9709980276200062

Branch 28 of the Revolutionary Tribunal of Tehran

Final Decision Number 9900070262800127

**Defendants:**

1. Mr. Alireza Alinejad, son of Ali, represented by Mr. Saeid Dehghan, son of Parviz, at the address of 2 Nazari Lane Apt. 3, Jam Street, Motahari Street, Tehran, Iran and Mr. Arash Keikhosravi, son of Rashid, at the address of 6, 2nd St. Apt. 18, Gandhi St. Tehran, Iran

2. Ms. Leila Lotfi, daughter of Hormoz, at the address of Tehran, Iran, represented by Maryam Mohseni Kaliji, daughter of Reza Ali and Mr. Hormoz Lotfi, son of Mahmoud

**Charges:**

1. Insulting the supreme leader
2. Propaganda against Islamic Republic of Iran
3. Association and collusion to commit crimes against internal and external security.

**In the name of God**

Date (7/11/2020)- Branch 28 of the Islamic Revolutionary Tribunal of Tehran established by the following signatory at the appointed time, class case of 980207 Mr. Alireza Alinejad, son of Ali, is charged with collusion to commit crimes against national security, propaganda activities against the Islamic Republic of Iran, insult to the supreme leader 2- Leila Lotfi, daughter of Hormoz, charged with propaganda activities against the system is under surveillance. Considering the contents of the case and the investigations carried out and the hearing the defenses of the mentioned persons and the hearing the defenses of lawyers, the court announced the end of the trial and issues the following verdict.

Court's verdict:

In regard to the charges of Mr. Alireza Alinejad, charged with conspiracy to commit crimes against national security, propaganda activities against the Islamic Republic of Iran, insult to the Supreme Leader 2- Leila Lotfi, charged with propaganda activities against the Islamic Republic System, considering the contents of the case and the investigations carried out and the hearing of the defenses of the mentioned persons and the hearing of the defenses of lawyers and the report of Tehran's Islamic Revolutionary Guard Corps (IRGC) that in the field of countering organized actions disrupting cultural-moral security by the campaign group "No to Compulsory Hijab" led by Masoumeh (Masih) Alinejad was observed and being aware of the norm-breaking activities of the group members inside the country, active element inside the country, Alireza Alinejad, is recognized as the liaison and the main arm of the leader of the opposition to the system, Masih Alinejad. Carried investigations show that he was in charge of directing, guiding, and persuading Masih Alinejad in organizing anti-cultural actions and security activities, and he has been instrumental in regard to the qualitative and quantitative measures and effectiveness of Masih's anti-cultural and subversive actions aiming at improving the level of feedback and effectiveness of measures in the field of publishing criminal content. He played the main role by presenting and proposing the topics and directions to Ms. Masih Alinejad for media actions and organizing countermeasures against the system. Regarding the intellectual guidance and counseling to advance the criminal goals of the leader of the campaign "No to the Compulsory Hijab" of Masih, he said: " I have the same beliefs as Masih, both of us are disappointed with the reforms and because Mr. Khamenei has left no way for reform, we want his regime to be overthrown." It can be seen that in his speech, he both calls for the overthrow of the regime and insults the Supreme Leader of the revolution. Since the departure and escape of Masih, he has been in charge of the news, information and events of Iran and her intellectual guidance. He has been the admin of "White Wednesdays" and " My Stealthy Freedom" accounts of Masih Alinejad on Instagram and has played the main role in bringing women

without hijab to the streets on Wednesdays. He had the main role in how to manage the campaigns of "White Wednesdays" and "My Camera Is my Weapon" and he was also in charge of guiding his sister and the members of the campaigns of "No to Compulsory Hijab" and "White Wednesdays". Regarding the continuation of Masih Alinejad's activities and her perseverance and resistance in relation to the "White Wednesday" campaign and the removal of women's hijab, he states that he told Masih to pay attention to the comments of scholars and ayatollahs who are against compulsory hijab to give her work more depth, and he announces that he can forward false information to Masih. He accused Shiite scholars of being against hijab. In encouraging and persuading Ms. Masih, he declares, "Why don't you do something in response to the broadcast that worked against you? This topic can be the subject of your next program. Keihan and Azna lied about the theft of confidential documents on your behalf. Come once and for all and work on a detailed program on this subject." Praising the opponents of the regime who fled the country, Baqi and Ganji, he told Masoumeh Alinejad to pursue issues against the regime although great people such as Baghi and Ganji were not successful. In persuading his sister, Masoumeh, to continue her fight against the system and continuation of her cooperation with the enemies of the system, the US and Israel, he announces " if you come back to Iran and go to prison then what is your impact? Zero. If you have an impact, it is because they cannot catch you. He explicitly and practically declared his readiness to cooperate, to choose the archive, and to send the content to Masih. He told Masih that theoretical work gives more depth to the fight. He asked her to start the channel (campaign) and he will help. In the archive of Mehrangiz Kar, she wrote very beautifully for you I felt proud. He has written a book called " I Am Free" against the Islamic Republic System and Masih has published that in Germany. He says "this book was published under your name; I like to write and like my stories to be read. Masih, without you, without your name I am nothing and will never be seen." In the implementation of the anti-regime programs of Masoumeh Alinejad, the anti-revolutionary satellite program Parazit, he sent notes about the blackening of the Iranian political space, the execution of the political prisoners in 1988, and the convicts of the sedition of 2009 to be mentioned in that program.

Considering the contents of the case and the investigations carried out, the court found him guilty of a misdemeanor and for association and collusion with groups opposed to the regime with the intention of committing a crime against national security based on Article 610 of the Islamic Penal Code sentenced him to 5 years imprisonment including the days of detention. In regard to insulting the Supreme Leader, based on the Article 514 of the Islamic Penal Code, the court sentenced him to 2 years imprisonment including the days of detention. And in regard to propaganda activities against the Islamic Republic System, based on the Article 500 of the Islamic Penal Code, the court sentenced him to 1 year imprisonment including the days of detention. In regard to the charges of Leila Lotfi, daughter of Hormoz, charged with propaganda activities against the Islamic Republic System, and considering the content of the case, she is the sister of Masih's ex-husband. In connection with the cooperation with the fugitive dissident, the leader of the "White Wednesday" campaign, Masih Alinejad, she designed several plans with the theme of opposing hijab and sent them to Masih and she uploaded some of her own designs on her personal page. She uploaded some of her own photos and designs opposing hijab, in her own Instagram account, under the name Leyidiotfi. The court found her guilty of a misdemeanor based on the Article 500 of the Islamic Penal Code and sentenced her to one year in prison, including the days of detention. With regard to the expression of remorse, the court, based on paragraph B of the Article 37 of the Law on commuting a sentence, will fine her 15 million Rials. The decision issued in person and within 20 days from the date of notification can be appealed in the courts of appeal of Tehran province. Article 134 of the Islamic Penal Code shall apply.

**Address: Enghelab Court, corner of Moallem Street, Before the intersection of Qasr, Shariati Street, Tehran, Iran**

## Certification of Translation

I, Hadis Sabzi, declare that I am a qualified translator and translate from the Farsi language to the English language. I further declare that I have translated the attached document from the Farsi language to the ENGLISH language. I declare to the best of my abilities and belief, that this is a true and correct translation of the Farsi language text of the court order for Alireza Alinejad. I declare and can competently testify under penalty of perjury that the foregoing is true and correct. Executed this August 8th, 2021.

_Hadis Sabzi_
Hadis Sabzi

پرونده کلاسه 9709980276200062 شعبه 28 دادگاه انقلاب اسلامی تهران تصمیم نهایی شماره 9909970262800127

متهمین:

1. آقای علی رضا علی نژاد فرزند علی با وکالت آقای سعید دهقان فرزند پرویز به نشانی استان تهران - شهرستان تهران - شهر تهران 1 - خ مطهری-خیابان جم-کوچه نظری-پلاک 2-واحد 3 و آقای آرش کیخسروی فرزند رشید به نشانی استان تهران - شهرستان تهران - تهران - گاندی - خیابان دوم - پلاک 6 - واحد 18

2. خانم لیلا لطفی فرزند هرمز به نشانی استان تهران-شهرستان تهران- با نمایندگی خانم مریم محسنی کلیجی فرزند رضاعلی و آقای هرمز لطفی فرزند محمود

اتهام ها:

1. اهانت به مقام معظم رهبری
2. تبلیغ علیه نظام جمهوری اسلامی
3. اجتماع و تبانی برای ارتکاب جرم برضد امنیت داخلی / خارجی

بسمه تعالی

تاریخ 21/ 4/ 1399 - شعبه 28 دادگاه انقلاب اسلامی تهران بتصدی امضاء کننده ذیل در وقت مقرر تشکیل است پرونده کلاسه 980207 اتهامی آقای علی رضا علی نژاد فرزند علی دائر به اجتماع و تبانی به قصد ارتکاب جرائم علیه امنیت کشور ، فعالیت تبلیغی علیه نظام جمهوری اسلامی ، توهین به مقام معظم رهبری 2 — لیلا لطفی فرزند هرمز دائر به فعالیت تبلیغی علیه نظام تحت نظر است با عنایت به محتویات پرونده و بررسی های انجام شده و استماع مدافعات نامبردگان و استماع مدافعات وکیل وی دادگاه ختم رسیدگی را اعلام و به شرح ذیل مبادرت به صدور رأی می نماید .

رأی دادگاه

در خصوص اتهام آقای علی رضا علی نژاد دائر به اجتماع و تبانی به قصد ارتکاب جرائم علیه امنیت کشور ، فعالیت تبلیغی علیه نظام جمهوری اسلامی ، توهین به مقام معظم رهبری 2 — لیلا لطفی دائر به فعالیت تبلیغی علیه نظام جمهوری اسلامی با عنایت به محتویات پرونده و بررسی های انجام شده و استماع مدافعات نامبردگان و استماع مدافعات وکیل و گزارش سپاه پاسداران انقلاب اسلامی تهران اینکه در عرصه مقابله با اقدامات سازمان یافته مخل امنیت فرهنگی — اخلاقی توسط گروه کمپین نه به حجاب اجباری به سردگی معصومه ( مسیح ) علی نژاد رصد و اشراف فعالیت های هنجار شکن مرتبطین گروه در داخل کشور عنصر فعال داخل کشور علی رضا علی نژاد به عنوان رابط و بازوی اصلی سرکرده معاند نظام مسیح علی نژاد مورد شناسایی قرار می گیرد بررسی های انجام گرفته نامبرده خط دهی و هدایت و ترغیب مسیح علی نژاد را در سازماندهی اقدامات و فعالیت های ضد امنیت فرهنگی را به عهده داشته و در خصوص سطح کیفی و کمی و میزان اثرگذاری اقدامات ضد امنیت فرهنگی و براندازانه مسیح با هدف ارتقاء میزان بازخورد و اثر گذاری اقدامات در حوزه نشر محتوای مجرمانه فعالیت چشمگیر نامبرده داشته با ارائه و پیشنهاد سرفصل و محور به خانم مسیح علی نژاد جهت اقدامات رسانه و ساماندهی اقدامات تقابلی علیه نظام نقش اصلی را داشته است نامبرده در خصوص هدایت فکری و ارائه مشاوره جهت پیشبرد اهداف مجرمانه سرکرده گروه کمپین نه به حجاب اجباری مسیح علی نژاد اظهار می دارد . من با مسیح عقاید مشترکی دارم هر دو از اصلاحات ناامید هستیم و چون آقای خامنه ای هیچ راهی برای اصلاح باقی نگذاشته خواهان سرنگونی دستگاه ایشان هستیم ملاحظه می گردد که نامبرده در سخنان خود هم خواهان سرنگونی نظام می باشد . و هم به رهبر معظم انقلاب اهانت می کند . نامبرده از زمان خروج و متواری شدن مسیح علی نژاد اخبار و اطلاعات و رویدادهای ایران را و هدایت فکری ایران را به عهده داشته است . نامبرده مدیر صفحات اینستاگرام چهارشنبه های سفید و آزادی های یواشکی مسیح علی نژاد بوده و در کشاندن زنان فاقد حجاب در چهارشنبه ها به خیابان نقش اصلی را بر عهده داشته نامبرده در ایجاد چگونگی اداره کمپین چهارشنبه های سفید ، دوربین ما اسلحه نقش اصلی و هدایت خواهرش مسیح علی نژاد و افراد گروه کمپین نه به حجاب اجباری و چهارشنبه های سفید را برعهده داشته . نامبرده در خصوص ادامه فعالیت های مسیح علی نژاد و پایداری و مقاومت وی در رابطه با برنامه های چهارشنبه های سفید و کشف حجاب زنان اظهار می دارد که به خانم معصومه علی نژاد اعلام داشته برای اینکه کارش عمق بیشتری داشته باشد نظرات علما و آیت ا.. هایی که مخالف حجاب هستند را توجه کند . و اعلام می دارد که می تواند  مطالب دروغین را برای مسیح فرُوارد کند نامبرده علما شیعه را متهم نموده که مخالف حجاب می باشند . وی در ترغیب و تشویق و پایداری خانم مسیح علی نژاد اعلام می دارد چرا در برنامه ای که صدا و سیما علیه وی کارکرده — گرد و خاک نمی کنی این موضوع می تواند سوژه برنامه بعدیت

تصویر برابر با اصل است.
نشانی: تهران - خیابان شریعتی - نرسیده به چهارراه قصر - نبش خیابان معلم - دادگاه انقلاب اسلامی

باشد . کیهان و اذنا شبی به دروغ درباره سرقت استاد محرمانه از طرف تو نوشته ، یکبار برای همیشه بیا و توی یک برنامه مفصل درباره این موضوع کار کن . نامبرده با تجلیل از معاندین نظام و متواری از کشور باقی و گنجی به معصومه علی نژاد اعلام می دارد که پیگیر موضوعات علیه نظام باشد هر چند آدم های بزرگی مثل باقی و گنجی و دیگران به نتیجه نرسیدند نامبرده در ترغیب خواهرش — معصومه به ادامه مبارزه علیه نظام و ادامه همکاری او با معاندین نظام و آمریکا و اسرائیل اعلام می دارد اگر برگردی بیای ایران بروی زندان تأثیر گذاریت چیه ؟ صفر اگر تأثیر داری به خاطر اینه که دستشون بهت نمی رسه ، نامبرده صراحتاً و عملاً آمادگی خود را در امداد رسانی ، انتخاب آرشیو و ارسال مطالب برای مسیح اعلام نموده نامبرده به مسیح اعلام می دارد که کار تئوریک عمق بیشتری به مبارزه می دهد . کانال را راه بینداز من هم کمک می کنم . در آرشیو مطالب مهر انگیز کار خیلی زیبا برایت نوشت احساس غرور کردم ، نامبرده کتابی را به نام من آزاد هستم بر علیه نظام جمهوری اسلامی تهیه نموده و مسیح در آلمان انتشار داده اعلام می دارد این کتاب به نام تو چاپ شد دوست دارم بنویسم و داستان هایم خوانده شود . بدون تو ، بدون اسم تو من هیچم مسیح ، هیچ وقت دیده نمی شوم نامبرده در اجرای برنامه های معاند نظام معصومه علی نژاد — برنامه ماهواره ای ضد انقلاب پارازیت ، نکاتی در خصوص سیاه نمایی فضای سیاسی ایران — اعدام منافقین در سال ۱۳۶۷ — محکومین فتنه سال ۸۸ جهت طرح در برنامه مزبور ارسال داشته با عنایت به محتویات پرونده و بررسی های انجام شده دادگاه بزه انتسابی را محرز دانسته نامبرده را در خصوص اجتماع و تبانی با گروه های معاند نظام به قصد ارتکاب جرم علیه امنیت کشور مستنداً به مادۀ ۶۱۰ قانون مجازات اسلامی به تحمل پنج سال حبس با احتساب ایام بازداشت محکوم می نماید ، و در خصوص اهانت به مقام معظم رهبری نامبرده را مستنداً به مادۀ ۵۱۴ قانون مجازات اسلامی به تحمل دو سال حبس با احتساب ایام بازداشت محکوم می نماید . و در خصوص فعالیت تبلیغی علیه نظام جمهوری اسلامی نامبرده را مستنداً به مادۀ ۵۰۰ قانون مجازات اسلامی به تحمل یکسال حبس با احتساب ایام بازداشت محکوم می نماید . و در خصوص اتهام خانم لیلی لطفی فرزند هرمز دائر به فعالیت تبلغی علیه نظام جمهوری اسلامی با عنایت به محتویات پرونده اینکه نامبرده خواهر همسر سابق مسیح علی نژاد می باشد . نامبرده در رابطه با همکاری با معاند فراری سرکرده کمپین چهارشنبه های سفید مسیح علی نژاد اقدام به طراحی چند طرح با موضوع مخالفت با حجاب کشید ... و برای مسیح علی نژاد ارسال نموده و تعدادی از طراحی های خود را در پیج شخصی خود بارگذاری نموده و نامبرده در اکانت شخصی خودش تحت عنوان leyidiotfi در اینستاگرام نسبت به بارگذاری عکس و طرح های خودش در مخالفت با حجاب اقدام نموده دادگاه بزه انتسابی را محرز دانسته نامبرده را مستنداً به ماده ۵۰۰ قانون مجازات اسلامی به تحمل یکسال حبس با احتساب ایام بازداشت محکوم می نماید با عنایت به اظهار ندامت نامبرده دادگاه مدت حبس وی را مستنداً به بند ب ماده ۳۷ قانون کاهش مجازات به پانزده میلیون ریال جریمه تبدیل می نماید . رأی صادره حضوری و ظرف مدت ۲۰ روز از تاریخ ابلاغ قابل تجدید نظر خواهی در دادگاه های تجدید نظر استان تهران می باشد . مادۀ ۱۳۴ قانون مجازات اسلامی اعمال شود .