# EXHIBIT 22



01 Mar 2021 | Tehran    Today 14    Tonight 12

Iran    Politics    Economy    Human Rights    Nuclear    Opinions        Search

# Prison For Iranian Women Rights Activists Confirmed, Alinejad's Appeal Denied

Saturday, 13 Feb 2021 23:29

The supreme court of the Islamic Republic of Iran confirmed the prison sentences of women's rights activists Hoda Amid and Najmeh Cahedi for eight and seven years respectively. It also rejected the appeal request of Alireza Alinejad who was arrested because his sister is an activist.

Saeed Dehghan, the attorney for Alireza Alinejad, the brother of prominent Iranian journalist and women's rights activist Masih Alinejad announced on Twitter that the supreme court has rejected his client's request for appeal.

Dehgahn tweeted that the appeal request in this case was rejected as quickly as the appeal requests for all other human rights cases.

He added: "It is very rare in a case that a brother is tried and convicted for the crime of having contact with his sister, or for her actions."

Alireza Alinejad was arrested in August 2019 and was later sentenced to eight years in prison. He was arrested because of the activities of his sister Masih Alinejad, who has been an outspoken journalist reporting on the regime's human rights violations in Iran and violations of women's rights. Her campaign against mandatory hijab "My Stealthy Freedom" has attracted wide support among Iranian youth and internationally.

Attorney Hoda Amid and sociologist Najmeh Vahedi were also sentenced to the sum of 15 years in prison and two years ban from social activities by the Revolutionary Court judge Abolqasem Salavati on charges of cooperating with the "enemy state" of America.

Amid was also barred from practicing law for two years. Amid and Vahedi were arrested for organizing workshops on terms of marriage for women.

## Most viewed


**Former President Begs Khamenei To Help Reformists, End Deadlock With US**
27 Feb 2021


**Iran Air Running Out Of Operational Planes As Lack Of Money And Sanctions Bite**
28 Feb 2021


**Hardliner Iranian Paper Says Blast On Israeli Ship Is Response To Attacks**
28 Feb 2021


**Tehran Warns IAEA Of 'Appropriate Response' If Board Passes Resolution Against Iran**
20 hours 41 min ago