# EXHIBIT 39



 Explore

Settings

← Thread

**Masih Alinejad** ✓ @AlinejadMasih · Aug 3, 2020
Important THREAD⬇️

1-Imagine, you wake up one day to find out that there're posters, a Twitter storm, & threats by officials of Islamic Republic of Iran calling for your kidnapping. How would you feel? I'll show how this regime uses assassination& hostage diplomacy to silence us



💬 91    🔁 935    ♡ 2.3K

**Masih Alinejad** ✓ @AlinejadMasih · Aug 3, 2020
2-Do you know why these intimidation campaign started against me? Last Saturday, Islamic Republic said they'd kidnapped an Iranian-American dissident Jamshid Sharmahd, while he was in Tajikistan & showed his pictures in blindfolds. This act provoked them to attack me.



💬 5    🔁 99    ♡ 485

**Masih Alinejad** ✓ @AlinejadMasih · Aug 3, 2020
3-Not only the Twitter Storm of Iranian cyber army, but also posters made by official newspapers of the Iranian National Television wrote: "Masih be ready! You're the next to be kidnapped"



💬 3    🔁 96    ♡ 467

**Masih Alinejad** ✓
@AlinejadMasih

Replying to @AlinejadMasih

4) Last October, journalist Ruhollah Zam, founder of dissident Telegram channel Amad News was lured to Iraq and kidnapped to Tehran. Last month after a brief show trial, he was sentenced to death. Right after Zam's arrest, regime allies warned, I'd was the next on their list.

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Masih Alinejad** ✓
@AlinejadMasih    Follow

Iranian journalist and activist. Founder of #United4Navid, #WhiteWednesdays & #MyCameraIsMyWeapon #MyStealthyFreedom. My Email address: masih.author@gmail.com

**What's happening**

Entertainment · This morning
German radio host faces criticism for on-air tirade against South Korean pop group BTS, with fans condemning the remarks as racist and anti-Asian
Trending with #RacismBayern3, #MatuschikHasToLeave

Trending in United States
**DreamXD**
7,732 Tweets

Entertainment · Trending
**james charles**
24.3K Tweets

US news · Yesterday
US releases report concluding Saudi Crown Prince Mohammed bin Salman approved the operation to 'capture or kill' Jamal Khashoggi
Trending with Khashoggi, Salman

COVID-19 · LIVE
**COVID-19: News and updates for Maryland**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More···   © 2021 Twitter, Inc.




# Explore

Settings

Search Twitter

10:21 AM · Aug 3, 2020 · Twitter Web App

83 Retweets   414 Likes

**Masih Alinejad** @AlinejadMasih · Aug 3, 2020
Replying to @AlinejadMasih
5-Rouhollah Zam & Jamshid Sharmahd were physically in a 3rd country close to Iran. Also, Masoud Molavi, another dissident, was killed in Turkey in 2019. According to a Reuters, 2 intelligence officers at Iran's consulate in Turkey instigated the killing.

Exclusive: Iranian diplomats instigated killing of dissident in Istanbul,…
Two intelligence officers at Iran's consulate in Turkey instigated the killing last November of an Iranian dissident in Istanbul who criticize…
🔗 reuters.com

2   ↻ 70   ♡ 345