UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIH ALINEJAD,<br><br>    *Plaintiff*<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:19-cv-03599-GMH |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ADDITIONAL DOCUMENT IN SUPPORT
PLAINTIFF MOTION FOR DEFAULT JUDGMENT**

    Plaintiff, by and through her undersigned counsel, hereby moves the Court, to file an exhibit in support of the Plaintiff's Motion for Default Judgment. Since the filing of Plaintiff's Motion for Default Judgment, on December 8, 2021 the Senate of the United States, with sponsorship of Senator Toomey Senator Cardin, and Senator Rosen, introduced Masih Alinejad Harassment and Unlawful Targeting Act of 2021 or the ''Masih Alinejad HUNT Act of 2021'', S.3347. This bill has factual findings of Ms. Alinejad situation which is within the scope of this case. (See Exhibit A)

    WHEREFORE, Plaintiff requests that the Court grant the Motion for Leave to File Additional Exhibit in support of Plaintiff's Motion for Default Judgment.

Respectfully submitted this 10th day of February 2022,

1

                                                                                 2

__/s/*Ali Herischi*_____  
Ali Herischi, Esq.  
Herischi & Associates LLC  
7201 Wisconsin Ave. Ste. 440  
Bethesda, MD 20814  
Tel.: 301.363.4540  
Fax: 301.760.7929  
ali.herischi@ibhlaw.com  
*Counsel for Plaintiff*