UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIH ALINEJAD,<br><br>*Plaintiff*<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-03599-GMH |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Additional Document in Support of Plaintiff's Motion for Summary Judgment, it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

**SO, ORDERED.**

Date: _____  _____

**Magistrate Judge G. Michael Harvey.**
United States District Court

1