UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDESHIR AMIRENTEZAM *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN *et al.*, <br><br> *Defendants*. | Civil Action No. 1:19-cv-02066-GMH |

**PLAINTIEFFS' MOTION TO WITHDRAW
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Plaintiff, by and through their undersigned counsel, hereby move the Court, to withdraw Plaintiffs' Motion for Default Judgment (ECF No. 18), filed August 13, 2021.

Respectfully submitted this 11th day of February 2022.

__/s/_____
Ali Herischi, Esq.
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
Tel.: 301.363.4540
Fax: 301.760.7929
ali.herischi@ibhlaw.com
*Counsel for Plaintiffs*

1