# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIH ALINEJAD; *Plaintiff*, v. THE ISLAMIC REPUBLIC OF IRAN et al.; *Defendants*. | Civil Action No: 1:19-cv-03599-GMH |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion to Withdraw Plaintiff's Motion for Default Judgment (ECF No. 19), Plaintiff's Motion is hereby **GRANTED.**

                                                                                     _____
                                                                                     G. Michael Harvey
                                                                                     United States District Judge

Date: _____