# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MASIH ALINEJAD;

*Plaintiff*,

v.

THE ISLAMIC REPUBLIC OF IRAN et al.;

*Defendants*.

Civil Action No: 1:19-cv-3599-GMH

## ORDER

Upon consideration of Plaintiff's Motion to Withdraw Plaintiff's Motion for Default Judgment (ECF No. 19), Plaintiff's Motion is hereby **GRANTED.**

Date: February 11, 2022

G. Michael Harvey
United States Magistrate Judge