UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASIH ALINEJAD,

   *Plaintiff*

  v.

THE ISLAMIC REPUBLIC OF IRAN *et al.*,

   *Defendants*.

Civil Action No. 1:19-cv-3599-GMH

## ORDER DENYING MOTION FOR LEAVE TO FILE ADDITIONAL DOCUMENT

Upon consideration of Plaintiff's Motion for Leave to File Additional Document in Support of Plaintiff's Motion for Default Judgment (ECF No. 24) and the hearing held in this matter on February 11, 2022, the Court finds that Plaintiff's Motion is moot, as the Motion for Default Judgment (ECF No. 19) has been withdrawn. *See* ECF No. 26. The Plaintiff may include this document in any renewed Motion for Default Judgment. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Leave to File Additional Document is **DENIED** as **MOOT**.

**SO ORDERED.**

Date: February 11, 2022

                 G. MICHAEL HARVEY
                 UNITED STATES MAGISTRATE JUDGE