# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MASIH ALINEJAD,

    *Plaintiff*

v.

THE ISLAMIC REPUBLIC OF IRAN
*et al.*,

    *Defendants*.

Civil Action No. 1:19-cv-3599-GMH

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT UNDER SEAL

Upon consideration of Plaintiff's Motion for Leave to File Under Seal Plaintiff's Supplemental Affidavit (ECF No. 23) and the representations made during the hearing held in this matter on February 11, 2022, the Court will grant the Motion in part and deny it in part. The portions of the Supplemental Affidavit that discuss Iran's conditional release of Plaintiff's brother need not be under seal, but the remainder of the Supplemental Affidavit should be sealed. So, while the unredacted Supplemental Affidavit (ECF No. 23 and its attachments) shall be sealed, and the Plaintiff shall file a version of the Supplemental Affidavit with appropriate redactions on the public docket. Accordingly, it is

**ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**.

SO ORDERED.

Date: February 11, 2022

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

1