IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad;<br><br>      *Plaintiff*,<br><br>  vs.<br><br>The Islamic Republic of Iran et al.;<br><br>      *Defendants*. | Case Number:  1:19-cv-03599-GMH |

## PLAINTIFF'S STATUS REPORT

Plaintiff Masih Alinejad, by and through her undersigned counsel, respectfully submits this Status Report to apprise the Court of the anticipated timeline for the filing of her renewed Motion for Default Judgment in the above-captioned civil matter.

### History

On February 11, 2022, the Court held a status conference with Plaintiff's Counsel in the above-captioned civil matter. As a result of the status conference, the Court entitled Plaintiff to address the issues discussed in a renewed Motion for Default Judgment. Later that day, Plaintiff filed a Motion to Withdraw her Motion for Default Judgment without prejudice, which this Court granted, in anticipation of filing a renewed Motion for Default Judgment. The Court did not set a filing deadline and on June 7, 2022, ordered Plaintiff to submit this Status Report to inform the Court of when a renewed Motion for Default Judgment will be filed.

### Status Report

Since the February 11, 2022, status conference, Plaintiff has been addressing the issues discussed with the Court during the status conference. Plaintiff intends to file the renewed

Motion for Default Judgment in the above-captioned civil matter by Monday, December 5, 2022.

Dated: October 17, 2022

                                              Respectfully submitted,

                                              ___/s/_____

                                              Ali Herischi, Esq. (MD0024)
                                              Herischi & Associates LLC
                                              7201 Wisconsin Ave., Suite 440
                                              Bethesda, Maryland 20814
                                              Phone: 301-363-4540
                                              *Attorney for Plaintiff*