UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASIH ALINEJAD;

*Plaintiff*,

v.

THE ISLAMIC REPUBLIC OF IRAN et al..;

*Defendants*.

Civil Action No: 1:19-cv-03599-GMH

**INDEX TO EXHIBITS TO
MOTION FOR DEFAULT JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Masih Alinejad |
| 2 | Declaration of Kambiz Foroohar |
| 3 | Declaration of Roya Hakakian |
| 4 | Declaration of Ramin Ahmadi |
| 5 | Declaration of Mehrangiz Kar |
| 6 | Masih Alinejad Certificate of Naturalization |
| 7 | Photo of Masih Alinejad and her brother Alireza on a rice farm in the village of Ghomikola, Iran in 2007 |
| 8 | Swiss Embassy Certification of Service of Process on Defendants |
| 9 | Plaintiff's Offer to Arbitrate and Electronic U.S.P.S. Certified Mail Return Receipt |
| 10 | Nahid Siamdoust, "'Jesus' vs. Ahmadinejad", TIME (May 7, 2008) |
| 11 | *Masih Alinejad Profile*, STRIVING FOR HUMAN RIGHTS |
| 12 | Julia Carpenter, "Iranian Women Shed Hijabs for 'Stealthy Freedom' Facebook Page", THE WASHINGTON POST (May 16, 2014) |
| 13 | "My Stealthy Freedom" group page, FACEBOOK.COM |
| 14 | "Iranians Protest Over Acid Attacks on Women, Apparently for Not Wearing Veils" ABC NEWS (Oct. 22, 2014) |
| 15 | "Secretary Pompeo's Meeting with Iranian Women's Rights Activist Masih Alinejad", *Press Statement*, U.S. DEP'T OF STATE (Feb. 4, 2019) |
| 16 | Sonia Elks, "Iranian Women Defy Prison Threats by Sending Veil Photos: Activist", REUTERS (July 31, 2019) |
| 17 | U.S. Department of State, Bureau of Democracy, Human Rights, and Labor, *2019 Custom Report Excerpts: Iran*, HUMAN RIGHTS REPORTS |

| | |
|---|---|
| 18 | Julia Carpenter, "Iranian journalist faces threats, false report of rape after viral Facebook success", THE WASHINGTON POST (June 7, 2014) |
| 19 | Freda Kahen-Kashi, "Iranian Journalist Denounced as 'Whore' Amid Women's Rights Campaign", ABC NEWS (June 5, 2014) |
| 20 | Alireza Youtube video transcript (English) |
| 21 | Alireza Alinejad Order and English translation |
| 22 | "Prison for Iranian Woman Rights Activists Confirmed, Alinejad's Appeal Denied", IRAN INT'L, Feb. 13, 2021 |
| 23 | *Annual Report on Iran*, AMNESTY INT'L (2019) |
| 24 | Javaid Rehman (Special Rapporteur on the situation of human rights in the Islamic Republic of Iran), *Situation of human rights in the Islamic Republic of Iran*, U.N. Doc. A/HRC/43/61 (Jan. 28, 2020) |
| 25 | "Iran: Cruel campaign to extract propaganda 'confessions' from protesters against compulsory veiling", AMNESTY INT'L (July 15, 2019) |
| 26 | "Iran: Family of Women's Rights Activist Arrested in Despicable Attempt to Intimidate Her into Silence", AMNESTY INT'L (Sept. 25, 2019) |
| 27 | *"Like the Dead in Their Coffins": Torture, Detention, and the Crushing of Dissent in Iran*, HUMAN RIGHTS WATCH VOL. 16 NO. 2(E), June 2004 |
| 28 | "Exiled Journalists Threatened, Pressured and Defamed from inside Iran" REPORTERS WITHOUT BORDERS (Oct. 3, 2013 – Updated on Jan. 20, 2016) |
| 29 | U.S. Department of State, *State Sponsors of Terrorism* |
| 30 | U.S. Department of State, *2019 Country Reports on Terrorism* |
| 31 | Iran Action Group, "Outlaw Regime: A Chronicle of Iran's Destructive Activities", U.S. Department of State (2018) |
| 32 | "Amnesty International Accuses Iran of 'Blatant' Intimidation of Activist with Arrests", RADIO FREE EUROPE (Sept. 26, 2019) |
| 33 | "Brother of Anti-Hijab Activist Sentenced to Eight Years in Iran", RADIO FARDA (July 16, 2020) |
| 34 | @AlinejadMasih, TWITTER (Feb. 13, 2021 at 1:12 PM), |
| 35 | FIDH/Justice for Iran, *Orwellian State: Islamic Republic of Iran's State Media as a Weapon of Mass Suppression*, No. 749a (June 2020) |
| 36 | Masih Alinejad, "Iran's Basij promised to butcher me for fighting compulsory hijab", THE WASHINGTON POST (March 28, 2018) |
| 37 | "Iran: UN experts condemn execution of Ruhollah Zam", OHCHR (Dec. 14, 2020) |
| 38 | Masih Alinejad, "Iranian Officials Have Declared They Want to Kidnap Me. It's Happened to Others Before." THE WASHINGTON POST (Aug. 10, 2020) |
| 39 | Documentation of Twitter Threats: @AlinejadMasih, TWITTER (Aug. 3, 2020 at 10:13 AM) |
| 40 | Roya Hakakian, "Opinion: He Chose Jail Over Disowning His Sister—and Set an Example for All His Countrymen", THE WASHINGTON POST (May 1, 2020) |
| 41 | "Iranian Intelligence Officials Indicted on Kidnapping Conspiracy Charges" THE U.S. DEP'T OF JUSTICE (July 13, 2021) |
| 42 | UN Special Rapporteur Report on Human Rights in Iran (2021) |


| | |
|---|---|
| 43 | Report of the Special Rapporteur, "Torture and other cruel, inhuman or degrading treatment or punishment" (Mar. 20, 2020) U.N. Doc. A/HRC/43/49 |
| 44 | American Bar Association, REPORT NO. 1 OF THE SECTION OF INTERNATIONAL LAW AND PRACTICE, PRESENTED JOINTLY WITH THE STANDING COMMITTEE ON WORLD ORDER UNDER LAW AND THE SECTION OF INDIVIDUAL RIGHTS AND RESPONSIBILITIES |
| 45 | Freedom from Torture, "Turning a Blind Eye: Why the international community must no longer ignore torture in Iran" (Dec. 2017) |
| 46 | Amnesty International, "Iran: Violations of Human Rights" (Jan. 1, 1987) MDE 13/09/87 |
| 47 | 2010 Report of Special Rapporteur on Torture (A/HRC/13/39) |
| 48 | Note by the U.N. Secretary General, Torture and other cruel, inhuman or degrading treatment or punishment (July 28, 2008), U.N. Doc. A/63/175 |
| 49 | Note by the U.N. Secretary General, Extra-custodial use of force and the prohibition of torture and other cruel, inhuman or degrading treatment (July 20, 2017), U.N. Doc. A/72/178 |
| 50 | Note by the U.N. Secretary General, Relevance of the prohibition of torture and other cruel, inhuman or degrading treatment or punishment to the context of domestic violence (July 12, 2019), U.N. Doc. A/74/148 |
| 51 | Amnesty International, "Siamak Pourzand: Persecuted to Death, Harassed after Death" (May 6, 2011) |
| 52 | Amnesty International, Health Taken Hostage: Cruel Denial of Medical Care in Iran's Prisons (2016) |
| 53 | Working Group on Arbitrary Detention, Visit to the Islamic Republic of Iran, U.N. Doc. E/CN.4/2004/3/Add.2 (June 27, 2003) |
| 54 | Amnesty International 2020-2021 Iran Human Rights Report (April 2021) |
| 55 | Bureau of Democracy, Human Rights, and Labor, Country Reports on Human Rights Practices, published February 25, 2004 |
| 56 | Expert Declaration of Professor Ali Arab |
| 57 | United for Iran, Judge Mohammad Moghiseh |
| 58 | United Against Nuclear Iran, Mohammad Moghiseh: The Iranian Supreme Court's New Hanging Judge (November 2020) |
| 59 | The New York Times, Man With Loaded Assault Rifle Arrested Outside Iranian Writer's Home (July 31, 2022) |
| 60 | Declaration Requested to Be Sealed |