**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Masih Alinejad | |
| *Plaintiff*, | |
| vs. | |
| The Islamic Republic of Iran et al., | **Case Number:  1:19-cv-03599-GMH** |
| *Defendants*. | |

## <u>PLAINTIFF'S MEMORANDUM ON THE ADMISSIBILITY OF EVIDENCE</u>

### INTRODUCTION

Counsel hopes that this Memorandum on the Admissibility of Evidence will assist the Court in understanding the issues involved in Plaintiff's Motion for Default Judgment.

### INDIVIDUAL EXHIBITS

The exhibits and the grounds for their admission are as follows:

| Exhibit No. | Legal Grounds of Admissibility |
|---|---|
| 1 - Declaration of Masih Alinejad | This exhibit is offered under Rule 803(3) as proof of the close, loving relationship between Plaintiff and Mr. Alireza Alinejad, and Plaintiff's suffering.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 2 - Declaration of Kambiz Foroohar | This exhibit is offered under Rule 803(3) as proof of the close, loving relationship between Plaintiff and Mr. Alireza Alinejad, and Plaintiff's suffering.<br><br>Also, much of it is not offered for the truth of the matter asserted. |

| | |
|---|---|
| 3 – Declaration of Roya Hakakian | This exhibit is offered under Rule 803(3) as proof of the close, loving relationship between Plaintiff and Mr. Alireza Alinejad, and Plaintiff's suffering.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 4 – Declaration of Ramin Ahmadi | This exhibit is offered under Rule 803(3) as proof of the close, loving relationship between Plaintiff and Mr. Alireza Alinejad, and Plaintiff's suffering.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 5 – Declaration of Mehrangiz Kar | This exhibit is offered under Rule 803(3) as proof of the close, loving relationship between Plaintiff and Mr. Alireza Alinejad, and Plaintiff's suffering.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 6 – Masih Alinejad Certificate of Naturalization | This certificate is offered under Rule 803(9) as evidence of Plaintiff's U.S. citizenship. |
| 7 - Photo of Masih Alinejad and her brother Alireza on a rice farm in the village of Ghomikola, Iran in 2007 | This photograph is offered under Rule 803(3) and as evidence of Plaintiff's and Mr. Alinejad's close relationship.<br><br>This photograph is genuine, and the original photograph is not available. |
| 8 – Swiss Embassy Certification of Service of Process on Defendants | This exhibit is offered to fulfill this Court's procedural requirements. |
| 9 – Plaintiff's Offer to Arbitrate and Electronic U.S.P.S. Certified Mail Return Receipt | This exhibit is offered to fulfill this Court's procedural requirements. |

| | |
|---|---|
| 10 - Nahid Siamdoust, "'Jesus' vs. Ahmadinejad", TIME (May 7, 2008) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities. |
| 11 - Masih Alinejad Profile, STRIVING FOR HUMAN RIGHTS | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities. |
| 12 - Julia Carpenter, "Iranian Women Shed Hijabs for 'Stealthy Freedom' Facebook Page", THE WASHINGTON POST (May 16, 2014) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities. |
| 13 - "My Stealthy Freedom" group page, FACEBOOK.COM | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities. |
| 14 - "Iranians Protest Over Acid Attacks on Women, Apparently for Not Wearing Veils" ABC NEWS (Oct. 22, 2014) | This exhibit is not offered for the truth of the matter asserted, but to provide insight into the historical context of the Islamic Republic's conduct. |
| 15 - "Secretary Pompeo's Meeting with Iranian Women's Rights Activist Masih Alinejad", Press Statement, U.S. DEP'T OF STATE (Feb. 4, 2019) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities. |
| 16 - Sonia Elks, "Iranian Women Defy Prison Threats by Sending Veil Photos: | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |

| | |
|---|---|
| Activist", REUTERS (July 31, 2019) | |
| 17 - U.S. Department of State, Bureau of Democracy, Human Rights, and Labor, 2019 Custom Report Excerpts: Iran, Human Rights Reports | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 18 - Julia Carpenter, "Iranian journalist faces threats, false report of rape after viral Facebook success", THE WASHINGTON POST (June 7, 2014) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 19 - Freda Kahen-Kashi, "Iranian Journalist Denounced as 'Whore' Amid Women's Rights Campaign", ABC NEWS (June 5, 2014) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 20 – Alireza Youtube video transcript (English) | This transcript is offered under Rule 803(3) as evidence of the close, loving relationship between Plaintiff and Mr. Alinejad.<br><br>It is also offered as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 21 - Alireza Alinejad Order and English translation | This exhibit is offered under Rule 803(22) as evidence of the proceedings and judgment of the Islamic Republic of Iran against Mr. Alinejad. |
| 22 - "Prison for Iranian Woman Rights Activists Confirmed, Alinejad's Appeal Denied", IRAN INT'L, Feb. 13, 2021 | This exhibit is offered to provide contextual insight into the timeline of events in this case.<br><br>Also, much of it is not offered for the truth of the matter asserted. |

| | |
|---|---|
| 23 - Annual Report on Iran, Amnesty Int'l (2019) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 24 - Javaid Rehman (Special Rapporteur on the situation of human rights in the Islamic Republic of Iran), *Situation of human rights in the Islamic Republic of Iran*, U.N. Doc. A/HRC/43/61 (Jan. 28, 2020) | This official and public report is offered under Rules 803(8) to provide legal opinions of the U.N. Special Rapporteur on the situation of human rights in the Islamic Republic of Iran formed while carrying out their legal duty to record on their work under human rights law.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 25 - "Iran: Cruel campaign to extract propaganda 'confessions' from protesters against compulsory veiling", AMNESTY INT'L (July 15, 2019) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 26 - "Iran: Family of Women's Rights Activist Arrested in Despicable Attempt to Intimidate Her into Silence", AMNESTY INT'L (Sept. 25, 2019) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 27 - "Like the Dead in Their Coffins": Torture, Detention, and the Crushing of Dissent in Iran, Human Rights Watch Vol. 16 No. 2(E), June 2004 | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |

| | |
|---|---|
| 28 - "Exiled Journalists Threatened, Pressured and Defamed from inside Iran" REPORTERS WITHOUT BORDERS (Oct. 3, 2013 – Updated on Jan. 20, 2016) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 29 - U.S. Department of State, State Sponsors of Terrorism | This exhibit is offered to fulfill this Court's procedural requirements. |
| 30 - U.S. Department of State, 2019 Country Reports on Terrorism | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 31 - Iran Action Group, "Outlaw Regime: A Chronicle of Iran's Destructive Activities", U.S. Department of State (2018) | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 32 - "Amnesty International Accuses Iran of 'Blatant' Intimidation of Activist with Arrests", RADIO FREE EUROPE (Sept. 26, 2019) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |

| | |
|---|---|
| 33 - "Brother of Anti-Hijab Activist Sentenced to Eight Years in Iran", RADIO FARDA (July 16, 2020) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct.<br><br>It is also offered to provide contextual insight into the timeline of events in this case. |
| 34 – @AlinejadMasih, TWITTER (Feb. 13, 2021 at 1:12 PM), https://twitter.com/AlinejadMasih/status/1360653013707333634) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 35 - FIDH/Justice for Iran, Orwellian State: Islamic Republic of Iran's State Media as a Weapon of Mass Suppression, No. 749a (June 2020) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 36 - Masih Alinejad, "Iran's Basij promised to butcher me for fighting compulsory hijab", THE WASHINGTON POST (March 28, 2018) | This exhibit is offered as proof of evidence, via a firsthand account, of the impact of Defendant's targeting of Plaintiff. |
| 37 - "Iran: UN experts condemn execution of Ruhollah Zam", OHCHR (Dec. 14, 2020) | This exhibit is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |

| | |
|---|---|
| 38 - Masih Alinejad, "Iranian Officials Have Declared They Want to Kidnap Me. It's Happened to Others Before." THE WASHINGTON POST (Aug. 10, 2020) | This exhibit is offered as proof of evidence, via a firsthand account, of the impact of Defendant's targeting of Plaintiff. |
| 39 - Documentation of Twitter Threats: @AlinejadMasih, TWITTER (Aug. 3, 2020 at 10:13 AM) https://twitter.com/AlinejadMasih/status/1290291711692795905 | This exhibit is offered as proof of evidence, via a firsthand account, of the impact of Defendant's targeting of Plaintiff. |
| 40 - Roya Hakakian, "Opinion: He Chose Jail Over Disowning His Sister—and Set an Example for All His Countrymen", THE WASHINGTON POST (May 1, 2020) | This exhibit is offered to provide contextual insight into the timeline of events in this case.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 41 - "Iranian Intelligence Officials Indicted on Kidnapping Conspiracy Charges" THE U.S. DEP'T OF JUSTICE (July 13, 2021) | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 42 - UN Special Rapporteur Report on Human Rights in Iran (2021) | This official and public report is offered under Rules 803(8) and 803(20) to to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 43 - Report of the Special Rapporteur, "Torture and other cruel, inhuman or degrading treatment or punishment" | This official and public report is offered under Rules 803(8) to provide legal opinions of the U.N. Special Rapporteur on torture and other cruel, inhuman or degrading treatment or punishment formed while carrying out their legal duty to record on the topic of "psychological torture" under human rights law. |

| | |
|---|---|
| (Mar. 20, 2020) U.N. Doc. A/HRC/43/49 | Also, much of it is not offered for the truth of the matter asserted. |
| 44 - American Bar Association, Report No. 1 of the Section of International Law and Practice, Presented Jointly with the Standing Committee on World Order Under Law and the Section of Individual Rights and Responsibilities | This official and public report is offered under Rules 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 45 - Freedom from Torture, "Turning a Blind Eye: Why the international community must no longer ignore torture in Iran" (Dec. 2017) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 46 - Amnesty International, "Iran: Violations of Human Rights" (Jan. 1, 1987) MDE 13/09/87 | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 47 - 2010 Report of Special Rapporteur on Torture (A/HRC/13/39) | This official and public report is offered under Rule 803(8) to provide legal opinions of the U.N. Special Rapporteur on torture and other cruel, inhuman or degrading treatment or punishment formed while carrying out his mandate.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 48 - Note by the U.N. Secretary General, Torture and other cruel, inhuman or degrading treatment or punishment (July 28, 2008), U.N. Doc. A/63/175 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical records and provide legal opinions of the U.N. Secretary-General formed while carrying out his mandate.<br><br>Also, much of it is not offered for the truth of the matter asserted. |

| | |
|---|---|
| 49 - Note by the U.N. Secretary General, Extra-custodial use of force and the prohibition of torture and other cruel, inhuman or degrading treatment (July 20, 2017), U.N. Doc. A/72/178 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical records and provide legal opinions of the U.N. Secretary-General formed while carrying out his mandate.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 50 - Note by the U.N. Secretary General, Relevance of the prohibition of torture and other cruel, inhuman or degrading treatment or punishment to the context of domestic violence (July 12, 2019), U.N. Doc. A/74/148 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical records and provide legal opinions of the U.N. Secretary-General formed while carrying out his mandate.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 51 - Amnesty International, "Siamak Pourzand: Persecuted to Death, Harassed after Death" (May 6, 2011) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 52 - Amnesty International, Health Taken Hostage: Cruel Denial of Medical Care in Iran's Prisons (2016) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 53 - Working Group on Arbitrary Detention, Visit to the Islamic Republic of Iran, U.N. Doc. E/CN.4/2004/3/Add.2 (June 27, 2003) | This official and public report is offered under Rule 803(8) to provide legal opinions of the U.N. Commission on Human Rights formed in part while carrying out its mandate and fact-finding on an official visit to the Islamic Republic of Iran.<br><br>Also, much of it is not offered for the truth of the matter asserted. |

| | |
|---|---|
| 54 - Amnesty International 2020-2021 Iran Human Rights Report (April 2021) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 55 - Bureau of Democracy, Human Rights, and Labor, Country Reports on Human Rights Practices, published February 25, 2004 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 56 - Expert Declaration of Professor Ali Arab | This exhibit is not offered for the truth of the matter asserted, but is used to provide expert insight into the context of the Islamic Republic of Iran's policies and conduct, and their mistreatment of Mr. Alinejad. |
| 57 - United for Iran, Judge Mohammad Moghiseh | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 58 - United Against Nuclear Iran, Mohammad Moghiseh: The Iranian Supreme Court's New Hanging Judge (November 2020) | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 59 - The New York Times, Man With Loaded Assault Rifle Arrested Outside Iranian Writer's Home (July 31, 2022). | This exhibit is not offered for the truth of the matter asserted but as contextual insight into Plaintiff's career and political activities, and into the historical context of the Islamic Republic's conduct. |
| 60 – Declaration Requested to be Sealed | N/A to prevent inferences as to the Declarant's identity. |