# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Masih Alinejad, <br><br> *Plaintiff*, <br> vs. <br><br> The Islamic Republic of Iran et al., <br><br> *Defendants*. | Case Number: 1:19-cv-03599-GMH |

### DECLARATION OF ROYA HAKAKIAN

COMES NOW Roya Hakakian and states as follows:

1. I am a naturalized citizen of the United States and the State of Connecticut, having come to the United States as a refugee from Iran.

2. I am a writer and journalist, and have published works on Iran and its government including an account of Iran's extra-territorial assassination operations against members of diaspora.

3. I have had the honor of knowing Masih Alinejad for nearly four years. During this period, I have known her to be among the most exceptional individuals I have ever known. Her commitment to her cause, her ceaseless energy, her boundless creativity and innovation paired with her charming and magnetic presence place her among the inspirational figures that are the materials of history books. I also know that as a result of her activism, she lives in the United States in exile and frequently receives threats from the Iranian government in the form of threats to her personal safety, harassment and intimidation of her relatives in Iran, and most recently the arrest and sentencing of her brother Alireza as an attempt to silence her criticism of the Iranian government.

1

4. I have never known her to give into despair and fear except in two distinct instances. The first time in July 2018, when she called to let me know that her sister and her family had appeared on the Iranian National TV broadcast to denounce her. It is a common tactic of the regime to compel public statements and condemnations from the loved ones of dissidents who they cannot control outside of Iran. We were on the phone together for a long time, yet no matter what I said to try to reason that her sister had been under pressure by Iran's regime and that her words were probably from a script that some intelligence agent had handed her, Masih would not be consoled. She was heartbroken to see her sister speak publicly against her, and even more disconcertingly, she feared her parents were being similarly pressured to follow suit. I remember getting off the phone with her feeling that I had not been able to offer her much, or have the comforting influence she was hoping to find in me.

5. The next day, I called to check on her, and was surprised to find that Masih was her cheerful self again. Before speaking with me, her brother Alireza had called. He knows Masih longer and better than anyone, and had anticipated how she would be affected by the news of her sister. Alireza had been a tonic. He told her exactly what she needed to hear. He knew how to strengthen her. He was the one and only family member who still dared to get on the phone, even knowing that any person in communication with her was likely being monitored and could also become a target of the regime. I have personally experienced harassment and hacking of my email accounts and cellphone as a result of my writing about Iran, and know that such consequences are likely for someone in Alireza's position.

2

6. However, Alireza kept her from feeling that she had been abandoned by them all. Amid all the threats she was receiving and all the ties she had lost to her most loved ones, Alireza alone could be her lifeline. With a few brotherly words of love, especially in the intimate and familiar dialect of her community which no one else can speak, he could build her back up, and remind her that her work was too important to yield to momentary despair, or even a sister's betrayal. Through his constancy, Alireza kept propping her up, which in turn, helped her prop up all others who turned to her for support. Alireza had thus unknowingly become the brother to every other woman who was taking part in her "White Wednesdays" campaign.

7. A few months later, when Masih called me again, more despondent than the first time, to tell me the news that Alireza had been arrested, I too was despondent. He had been the one to fill the absence of everyone else in the family. With him gone, she had been effectively cut off from her past. He left a gap which no one else could fill. Of all the blows the regime could possibly deliver to weaken Masih's resolve, the arrest and imprisonment of Alireza was surely the greatest of all.

8. While she still carries on, those like me who intimately know her can see how the experience has taken a toll on her, though she rarely speaks of it. Her sleep is disturbed when she visits with us. She goes to bed long after everyone else, and is awake before everyone else. She eats less, and works more. She works more dedicatedly than ever, but I've no doubt that it is the work that keeps her from thinking about all that she has lost, and all that she yearns for. A single one of these losses could cripple anyone. But all of them combined carry a sort of lethality that only a cruel system aiming to annihilate another could exercise.

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this __14__ day of __August__, 2021.

_____
Roya Hakakian