# EXHIBIT 6

THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 41494635



*USCIS Registration No.:* **A206 118 337**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_(Complete and true signature of holder)_

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* **BROOKLYN, NEW YORK**

*The Secretary having found that:*

**MASIH ALINEJAD**

*residing at:* **BROOKLYN, NEW YORK**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**US DISTRICT COURT EASTERN DISTRICT**

*at:* **BROOKLYN, NEW YORK**        *on:* **OCTOBER 17, 2019**

*such person is admitted as a citizen of the United States of America.*

*U. S. Citizenship and Immigration Services*

*Personal description of holder as of date of naturalization:*

*Date of birth:* **SEPTEMBER 11, 1976**

*Sex:* **FEMALE**

*Height:* **5** *feet* **03** *inches*

*Marital status:* **MARRIED**

*Country of former nationality:* **UNITED KINGDOM**



ALTERATION OR MISUSE OF THIS DOCUMENT IS
A FEDERAL OFFENSE AND PUNISHABLE BY LAW

DEPARTMENT OF HOMELAND SECURITY



FORM N-550 (REV. 10/17)