# EXHIBIT 13

  

   



# آزادی یواشکی زنان در My Stealthy Freedom ✔️ ایران

@StealthyFreedom · Nonprofit Organization

**💬 Send Message**

**Home**   About   Photos   More ▾

👍 Like   🔍   •••

## About                                              See All

ⓘ        آزادی های یواشکی زنان در ایران
         Stealthy Freedoms of Iranian women
         Admin: Masih Alinejad
         https://twitter.com/masihpooyan
         masih.author@gmail.com

ⓘ        این صفحه متعلق به هیچ گروه و جریانی نیست. صفحه دغدغه‌های زنانِ
         داخل ایران است و عکس‌ها تماما مربوط به عکس‌هایی از شهرهای
         مختلف ایران است که زنان خودشا... **See More**

👍        1,069,499 people like this including 2 of your friends
         

🗓        1,044,135 people follow this

🌐        https://www.mystealthyfreedom.org/



      

✉ media@mystealthyfreedom.org
Nonprofit Organization · Non-Governmental Organization (NGO) · Community

ℹ این صفحه عمومی است و مورد توجه رسانه ها قرار خواهد گرفت پس با آگاهی تصمیم بگیریم که چه می خواهیم بگوییم.
masih.author@gmail.com

## Photos
See All

  
   

## Videos
See All



3:49

**Let It Go We launched a campaign called "My Stealthy Fr...**

 25K
2.6M Views · 6 years ago



      

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

 **Page created - May 3, 2014**

 **Page manager locations include:** United States, Canada, Czech Republic

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2021

 **My Stealthy Freedom** ✓ آزادی یواشکی زنان در ایران
22h · 🌐    •••

The Islamic Republic of Iran is a state that literally enjoys robbing its citizens.

In this video I've received from Iran, the woman says many people randomly received texts to pay fines for not wearing hijab.

As #coronavirus kills many, the regime's concern is hijab!





      



They say my car has been confiscated for 7 days

👍😠😢 474      59 Comments 68 Shares

👍 Like    💬 Comment    ↪ Share

Most Relevant ▾

 Write a comment... 😊 GIF 🏷

**Late Stage Patriarchy Sucks**
Good job, boys, bravo! What heroes. 👏🤣
👍 1
Like · Reply · 22h

View 9 more comments

**My Stealthy Freedom** ✔️ آزادی یواشکی زنان در ایران
January 6 at 10:59 AM · 🌐

While #coronavirus is sweeping through Iran with a huge death toll, authorities are more pre-occupied than ever with women's hijab

Many in Iran are sending me reports of increased harassment of women.

Authorities often blame the West for sanctions and for not allowing them to properly deal with the coronavirus. But somehow, there's always money put aside for morality police. ... See More

See Translation



MSF

▶



      



**Families of detained students are seen bringing "acceptable clothing" to their children**

👍😡😢 463      20 Comments   41 Shares

👍 Like     💬 Comment     ↪ Share

Most Relevant ▾

Write a comment...



◆ Top Fan
**Susan Young**
Defund the "immorality" police! They are totally
unnecessary. Covid should be the top priority, not
women's hair! 😠

Like · Reply · 6d

View 13 more comments

---



**My Stealthy Freedom** ✓ آزادی یواشکی زنان در ایران
December 31, 2020 at 12:32 PM · 🌐
    • • •

Here's another Iranian woman resisting bullying by the morality
police. Even as coronavirus wreaks havoc in Iran, authorities are
more focused on hijab.

I receive many videos these days of women who tell me  they face
increasing street harassment over hijab.

#MyCameraIsMyWeapon



      



863    73 Comments  69 Shares

👍 Like    💬 Comment    ↪ Share

Most Relevant ▾

Write a comment...

**Julie Bade**
We're just as fucked up here in the USA. Stay strong.

Like · Reply · 1w

↳ 6 Replies

View 14 more comments    1 of 51

