# EXHIBIT 20

**"Alireza Alinejad Encourages His Sister to Continue To Speak Out Against Unjust Iran Regime"**

**uploaded to YouTube on May 3, 2020 by user Todd Wilhelm**
**(available at https://www.youtube.com/watch?v=BWkNsqUcjKQ)**

[TRANSCRIPTION OF VIDEO SUBTITLING:]

Hello Masih,

Pressure on our family is increasing. They are calling us non-stop; they are trying to persuade mom and dad to appear on television and make statements against you, using different techniques . . . threats, bribes. Intelligence Ministry agents went to their home, a full team with equipment and organization. Mother told me she was scared and she had cried. She begged and pleaded with the agents, she told them, "You know our family are veterans (War with Iraq). Now two of our children have different views. That's no reason to come to our house and ruin our reputation in our neighborhood." Mother told me she begged the intelligence agents not to return to their home again. She told them, "My daughter is outside the country and what she does is her own business. Our communication with her is about family matters. We only call Masih to check up on her and so on. That's all."

Now, there is so much pressure these days that I'm worried mother can't handle it. Just last week, mother was in tears as she told me, "Maybe for the sake of our children, we should give a statement against Masih." Mother said, "if I gave a statement, don't be upset." Twice she told me that she didn't want us to be upset with her. She said, "for the sake of the family, we may have no choice."

Mother thinks that by giving a statement against you, she's protecting the family. I think, to protect us all, and reduce the chances of my arrest, she'll speak out against you. She is a mother, and she thinks this is the better way; she thinks this way is better for her children. So, be ready over the coming days. Maybe this week or this month, eventually the pressures will tell and mother and father will appear on TV to speak against you.

I have no fear of being arrested. I have no fear of being imprisoned. My only concern is that the family will be divided over this. That's all. Love you. Take care of yourself.

I made this video recording for the reason that throughout all your work, you always told the families that were being persecuted by this regime not to be silent. Now, I'm giving you permission that the moment I'm arrested, speak out. Don't worry about a thing! Don't be silent. Speak out. Be strong and do your work. You are doing the right thing. I love you. Continue your work. I love you.

1

**Transcriber Certification:** I, Laura Brett Harshbarger, am fluent in English and hereby certify that I have accurately transcribed the English subtitles of this video, which are a translation of the original Farsi audio.

_____
Laura Brett Harshbarger
*Associate Attorney*
**Herischi & Associates LLC**
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
301.363.4540

2