# EXHIBIT 34

Explore

Settings

## Tweet

**Masih Alinejad** @AlinejadMasih

Today is my brother's birthday in prison. The Islamic Republic took my innocent brother hostage and has sentenced him to 8 years of prison to silence this voice.

Meanwhile, regime lobbies abroad have been harassing, bullying, and libeling me on a continuous basis to silence me

1:12 PM · Feb 13, 2021 · Twitter Web App

**356** Retweets **7** Quote Tweets **1,230** Likes

**Sb** @Sb07116861 · Feb 13
Replying to @AlinejadMasih
You Will win .
1 5

Show replies

**BigBrother** @coscorima1 · Feb 13
Replying to @AlinejadMasih
Happy birthday...so sorry
5

**Hamed** @Hamed48827788 · Feb 13
Replying to @AlinejadMasih
عاشقتم مسیح ❤️🌹
2

**Dean Fernandinho** @DeanFernandin · Feb 13
Replying to @AlinejadMasih

2

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Masih Alinejad** @AlinejadMasih Follow
Iranian journalist and activist. Founder of #United4Navid, #WhiteWednesdays & #MyCameraIsMyWeapon #MyStealthyFreedom. My Email address: masih.author@gmail.com

**What's happening**

Books · 4 hours ago
**Six Dr. Seuss books will no longer be published over 'hurtful and wrong' imagery**
Trending with Dr. Seuss

COVID-19 · 1 hour ago
**Texas lifts mask mandate and says all businesses can open at 100% capacity, as health officials warn not to ease restrictions**
Trending with Texas 100%, #WearAMask 😷

Trending in United States
**Taco Tuesday**
4,037 Tweets

NFL · Trending
**Ryan Pace**
1,058 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Maryland**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

