# EXHIBIT 39



 Explore

Settings

← Thread

🔍 Search Twitter

**Masih Alinejad** ✓ @AlinejadMasih · Aug 3, 2020
Important THREAD ⬇️

1-Imagine, you wake up one day to find out that there're posters, a Twitter storm, & threats by officials of Islamic Republic of Iran calling for your kidnapping. How would you feel? I'll show how this regime uses assassination & hostage diplomacy to silence us



💬 91     🔁 935     ♥ 2.3K     ⬆️

**Masih Alinejad** ✓ @AlinejadMasih · Aug 3, 2020
2-Do you know why these intimidation campaign started against me? Last Saturday, Islamic Republic said they'd kidnapped an Iranian-American dissident Jamshid Sharmahd, while he was in Tajikistan & showed his pictures in blindfolds. This act provoked them to attack me.



💬 5     🔁 99     ♥ 485     ⬆️

**Masih Alinejad** ✓ @AlinejadMasih · Aug 3, 2020
3-Not only the Twitter Storm of Iranian cyber army, but also posters made by official newspapers of the Iranian National Television wrote: "Masih be ready! You're the next to be kidnapped"



💬 3     🔁 96     ♥ 467     ⬆️

**Masih Alinejad** ✓
@AlinejadMasih

Replying to @AlinejadMasih

4) Last October, journalist Ruhollah Zam, founder of dissident Telegram channel Amad News was lured to Iraq and kidnapped to Tehran. Last month after a brief show trial, he was sentenced to death. Right after Zam's arrest, regime allies warned, I'd was the next on their list.

---

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

### Relevant people



**Masih Alinejad** ✓
@AlinejadMasih                    **Follow**

Iranian journalist and activist. Founder of #United4Navid, #WhiteWednesdays & #MyCameraIsMyWeapon #MyStealthyFreedom. My Email address: masih.author@gmail.com

### What's happening

**Entertainment · This morning**
German radio host faces criticism for on-air tirade against South Korean pop group BTS, with fans condemning the remarks as racist and anti-Asian
Trending with #RacismBayern3, #MatuschikHasToLeave

**Trending in United States**
DreamXD
7,732 Tweets

**Entertainment · Trending**
james charles
24.3K Tweets

**US news · Yesterday**
US releases report concluding Saudi Crown Prince Mohammed bin Salman approved the operation to 'capture or kill' Jamal Khashoggi
Trending with Khashoggi, Salman

**COVID-19 · LIVE**
COVID-19: News and updates for Maryland

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More ···  © 2021 Twitter, Inc.



 Explore

⚙ Settings



10:21 AM · Aug 3, 2020 · Twitter Web App

**83** Retweets　　**414** Likes

🔍 Search Twitter

Masih Alinejad 🚩 ✓ @AlinejadMasih · Aug 3, 2020
Replying to @AlinejadMasih
5-Rouhollah Zam & Jamshid Sharmahd were physically in a 3rd country close to Iran. Also, Masoud Molavi, another dissident, was killed in Turkey in 2019. According to a Reuters, 2 intelligence officers at Iran's consulate in Turkey instigated the killing.

REUTERS

Exclusive: Iranian diplomats instigated killing of dissident in Istanbul,…
Two intelligence officers at Iran's consulate in Turkey instigated the killing last November of an Iranian dissident in Istanbul who criticize…
🔗 reuters.com

💬 2　　🔁 70　　♡ 345