# EXHIBIT 57


(/en/)



> " *I told the judge that I will not sign any papers, and he got angry and started screaming "you are sick," and after only three minutes, he issued his verdict by telling me to "get the hell out you infidel's mercenary"* "

Mohammad Nourizad (http://www.nurizad.info/blog/1576)

JUDGE

# MOHAMMAD MOGHISEH

| TOTAL SENTENCED YRS | TOTAL VERDICTS | AVG. SENTENCE YRS |
|---|---|---|
| 1822 | 366 | 6 |

 (https://twitter.com/intent/tweet?url=https://ipa.united4iran.org/en/judge/9/)     (https://www.facebook.com/sharer/sharer.php?u=https://ipa.united4iran.org/en/judge/9/)   Share Mohammad Moghiseh's Profile

MOST RECENT SENTENCE

Vahid Bani Amerian a male Probably Shiaa (category in progress) who was arrested on 12/2021 for being a Support for Underground Opposition Groups (/en/prisoner/4876/)



| | |
|---|---|
| | ETHNICITY |
| | **JUDGE TYPE**<br>PRIMARY |
| | **AGE**<br>67 |
| | **PLACE OF BIRTH**<br>SABZEVAR |

**BIOGRAPHY**

Mohammad Moghiseh was using the name 'Naserian' during the 1980s and 1990s. He is a cleric, but he usually appears in court in civilian clothing. He is responsible for the trial of many political prisoners and has issued numerous death sentences

| YEAR | POSITION |
|---|---|
| CURRENT | JUDGE, SUPREME COURT |
| | Assistant Prosecutor, Evin revolutionary court- Branch 3 |
| 2020 | Judge, Tehran Revolutionary Court- Branch No. 28 |

SEE ALL SENTENCED BY MOHAMMAD MOGHISEH (/EN/SEARCH/#/?DATA=PRISONERS&ALL_SENTENCES_JUDGES=MOHAMMAD MOGHISEH)

VISUALIZATION

# PROCEDURAL VIOLATIONS

Abstenation from enforcing laws that are ex-post facto related (in progress) — 7

Access to a lawyer denied — 159

Access to healthcare denied — 6

| Violation | Count |
|---|---|
| Battery | 2 |
| Death in custody (In progress) | 0 |
| Execution (In progress) | 0 |
| Failure to disclose reason for arrest | 2 |
| Failure to present a legal warrant | 4 |
| Family visits or telephone calls denied | 67 |
| Forced TV confession | 1 |
| Imprisonment in exile | 63 |
| Inhumane detention conditions | 0 |
| Issuance of the death sentence (In progress) | 10 |
| Physical torture | 49 |
| Pressure on family | 27 |
| Prolonged pre-trial detention | 10 |
| Prolonged solitary confinement | 119 |
| Psychological torture | 1 |
| The lack of court observation | 4 |

# TIMELINE

Reverse Chronological

| | |
|---|---|
| 11/11/2020 | According to the Iranian Government's media, Judge Mohammad Moghiseh has resigned from Branch 28 of Tehran Revolutionary Court and has been appointed as a judge of the Supreme Court. Judge Ahmad Zargar, the chief of Branch 36 of Tehran appellate Court, was also chosen as Tehran Revolutionary court chief<br><br>(see source (https://bit.ly/3xyIUx9)) |
| 24/2/2020 | Mohammad Moghiseh, the head of Branch 28 of the Tehran Revolutionary Court, sentenced Amir Hossein Mirkhalili to prison and flogging. He was sentenced to 10 years in prison on the charge of "running an opposition group," to two years and 74 lashes on the charge of "spreading lies to disturb the public mind," and to one year in prison on the charge of "propaganda against the system." Ten years of his sentence will be applicable under article 134. Attending and inviting people to join rallies supporting Erfan-e-Halgheh mysticism leader is one of Mr. Mirkhalili's accusations. In the lawsuit, Judge Moghiseh called the rallies "illegal" and named Amir Hossein Mirkhalili as one of the Erfan-e-Halgheh mysticism group leaders. In another part of the indictment, "sending news to human rights organizations" was another example of his accusations. Judge Moghiseh also sentenced Mr. Mirkhalili to "attempting to overthrow the Iranian government."<br><br>(see source (https://www.hra-news.org/2020/hranews/a-24248/#jp-carousel-236084)) |
| 12/12/2019 | Judge Moghiseh sentenced her to five years in prison on the charge of "assembly and collusion against national security". Inappropriate words have been used to introduce homosexuals in the judgment |
| 4/12/2019 | The Branch 28 of the Tehran revolutionary court sentenced Neda Naji to five years and six months imprisonment |
| 7/9/2019 | Sentences of Haft-Tapeh prisoners, issued by Judge Moghise, were given to them. Esmail Bakhshi was sentenced to 14 years in prison and 74 blows of the lash (seven effectively years); Sepideh Qolyan, Amirhossein Mohammadi Fard, Sanaz Allahyari, Amir Amirqoli and Asal Mohmmadi were each given up to 18 years in prison (seven effective years) and Mohammad Khanifar was sentenced to six years in prison (five effective years.) Among the charges they were convicted of are the |

following: "Gathering and collusion against national security, propaganda activity against the regime, insulting the Supreme Leader, disrupting public opinion and publishing falsehoods"

| | |
|---|---|
| 23/5/2019 | Branch 28 of the Revolutionary Court headed by Judge Moghise convicted Masood Kazemi of "publishing falsehoods, insulting the supreme leader and insulting other officials" and sentenced him to three prison terms of two years, two years and six months. Application of Article 134 reduces this to a two year sentence. His lawyer, Ali Mojtahedzade, had previously written that Judge Moghise had attacked Masood Kazemi in court with terms such as "God damn you", "Your mouth should be filled with gunpowder" and "your tongue should be cut" |
| 15/5/2019 | Branch 28 of Tehran's Revolutionary Court, headed by Judge Moghise, issued a prison sentence for three writers and members of the Iranian Writers' Association (IWA): Reza Khandan, Bektash Abtin and Keyvan Bajan for a 2015 case. They were all convicted of "propaganda against the regime" and "assembly and collusion against national security" and sentenced to six years in prison. Due to Article 134, this will be effectively reduced to five years. Evidence used against them is membership in IWA, helping publication of its books such as "Fifty Years of IWA", publishing a domestic journal, visiting the graves of Shamloo, Mokhtari and Pooyande and signing statements against censorship and executions |
| 11/3/2019 | On the sidelines of the inauguration of the new head of the Judiciary, Judge Moghise said Nasrin Sotoodeh has been sentenced to seven years in prison, five of which will be enforceable. He denied the news that Sotoodeh had been sentenced to 33 years in prison (12 enforceable years.) This is while the five-year-sentence case was from two years and the 12-year-sentence was from the very same months and he was the judge in both cases |
| 30/12/2018 | Nasrin Sotoudeh was tried in the Branch 28 of the Revolutionary Court headed by Judge Moghise. Nasrin Sotoode refused to take part because she considers Revolutionary Courts "illegal." She has also refused to hire a lawyer to protest the enforcement of the Note to Article 48 according to which political prisoners in Tehran can only pick from the 20 lawyers accepted by the government |

| | |
|---|---|
| 22/11/2018 | Judge Moghiseh, the head of Branch 28 of Tehran Revolutionary Court, sentenced Hossein Sarlak, a political prisoner in Evin Prison, to 13 years in prison |
| 3/11/2017 | Majid Azarpey told the Iran Human Rights Campaign, in regards to his initial and appeals hearing, that his main charges were "propagating against the state" and "assembly and collusion in order to act against national security". He faced other charges as well but in the process of investigation, they had been cleared or another person had taken responsibility for them. According to the statements of Mr. Azarpey, the charge of selling military equipment consisted of two empty bullet shells, which were his uncle's souvenir's from the Iraq war, a military taser that is a "toy" that also came from Iraq, as well as the possession of cards, a backgammon set and a satellite dish which during investigation were found to be false. He was condemned to five years in prison for the charges of "assembly and collusion to act against national security", one year in prison for "propagating against the state" and six months prison and three million Tomans fine for the other charges. With the application of Article 134, five years of this sentence will be served. According to the statements of Majid Azarpey, "in the court, Mr. Moghiseh used every insult possible. When it was time for the hearing of my case, he kicked me out of the room and said, 'You are the deadly poison of the state, you shouldn't be allowed to exist, and we are doing you a favor by letting you stay alive.' He didn't allow me to speak in the initial hearing either. He took my lawyer to task and finally issued such a verdict. Regarding the Appeals court he said, 'the appeals court's did not do a good job. It appears that Mr. Zargar, the judge at branch 36 of the court of appeals is sick and has not judged for some time but his name is still there. We knew that any verdict that they want approved they send to this branch, giving it the name of the Approval Court, but there was a young judge named, Babaei there instead of Mr. Zargar, who was very helpful and said that this case had been unfairly treated and lacked any evidence. He helped in the writing of the defense arguments and consulted my lawyer. He believed that at least five years of the prison sentence for the charge of assembly and collusion will be annulled but, in reality, we did not see it happen. We do not know the factors that led to this opinion but we know that the verdict was not written by the judge, his chief of staff has written in a few lines that the defense has no evidence and therefore the sentence is confirmed." |
| 22/10/2017 | Sedigheh Vasmaghi was arrested after attending Branch 28 of Tehran Revolutionary Court and transferred to the women's ward of Evin Prison. Her lawyer, Mahmoud Ali Zadeh Tabatabai, told IranWire that Judge Moghiseh had behaved "extremely harshly" with her. He said: "From the beginning, he used to call Ms. Vasmaghi with the words "anti-revolutionary," "foreign-affiliated," etc. |

When we asked for the accusation, he only read the Ministry of Intelligence report." Ms. Vasmaghi denied the charges in court, saying that she was not a member of the "Green Way of Hope Movement" [Jaras website] and the Injured Committee was a legal organization established by the moral Tehran City Council. According to Alizadeh, Judge Moghiseh told Vasmaghi: "Why did you comment on the stoning of Sakineh Mohammadi?" She responded: "I was an expert and professor of Islamic jurisprudence and law, and I was teaching at the highest university in the country, the University of Tehran." Judge Moghiseh told her that "you accused the regime of cruel behavior in the death of Haleh Sahabi." She responded: "I told the regime officials to stop the oppression to prevent incidents like Kahrizak."Judge Moghiseh finally rejected the appeal and issued a bail of 3 billion Tomans for Ms. Vasmaghi; the bail was reduced to 1 billion Tomans after the lawyer protest. Sedigheh Vasmaghi was transferred to Evin Prison due to her inability to post bail. According to this lawyer, the court was full of objections. The trial was held without the presence of the prosecutor's representative and the second judge. The bail was hefty and irregular. Also, bail is issued when there is a fear of the accused escaping. When the accuser returns from Europe by her wish, there is no fear of escape

| | |
|---|---|
| 26/9/2017 | Tara Houshmand, Rouhiyeh Safajou and Sarmad Shadabi were arrested because of their efforts to study at the University. They were charged with and tried, for the last time, for "acting against national security through membership in the heretic sect of Bahaism (Article 499)" and "publication of falsehoods (Article 698)" at branch 28 of the Revolutionary Court of Tehran, with judge Moghiseh presiding. Judge Moghiseh condemned these three individuals to five years incarceration. |
| 25/9/2017 | Iranwire discussed the indictment issued for Omid Alishenas by judge Moghiseh, with Mousa Barzin Khalifehlou, his attorney. In the interview, Mr. Barzin exposed the numerous mistakes of judge Moghiseh in the drawing of the indictment and in the nature of the verdict. He concluded that, "evidence shows that Mr. Moghiseh, who always rules on the side of security forces, only wanted to condemn without any research or study of the case." This indictment can be found in the evidence section of this page. |
| 8/2017 | Case of Abdolreza Ghanbari was retried in the Branch 28 of Tehran's Revolutionary Courts headed by Judge Moghise and his sentence was increased to 15 from 10 years |

| | |
|---|---|
| 1/8/2017 | According to a report by HRANA, branch 28 of the Revolutionary Court of Tehran, headed by judge Moghiseh, condemned Mahmoud Masoumi to a total of twelve years in prison on the charges of "assembly and collusion for action against the national security", "insulting the sanctity of Islam", and "insulting the leader". With the application of Article 134, the verdict was reduced by five years. According to the record of proceeding of judge Moghiseh, Mr. Mohammadi's charges are: "attendance at the memorial service for the executed, organizing a group to attend the illegal gatherings and writing slogans against the state, publishing statements and letters in defense of the convicts of conspiracy against the state, graffiti writing against the Supreme Leader, burning of the image of Imam Khomeini and opposing the execution of the hypocrites in the 1980's". |
| 29/3/2017 | Amadnews published pictures of Judge Moghiseh for the first time |
| 2/2017 | According to Saham News, Mohammad Hossein Karroubi and his son were tried for "propaganda against the system" in Branch 28 of Tehran Revolutionary Court, presided over by Judge Moghiseh, for publishing Mehdi Karroubi's letter to Hassan Rouhani. Mohammad Hossein Karroubi was sentenced to six months in prison |
| 28/1/2017 | According to Zeitun, Hemayat Newspaper, the official organ of the Judiciary announced that branch 28 of Tehran Revolutionary Court has sentenced Faegheh Atashin (Googoosh), Nik Ahang Kosar, Marzieh Armin, Saeed Karimian, Tara Inanloo, Arman Haghighat, Amin Anvari Rostami, Fatemeh Tabari Ghazi, Farhad Nikooyi, and Sohrab Amjadi to prison in absentia on the charges of "propaganda against the regime" and "insulting the supreme leader". |
| 28/11/2016 | After her release from prison, Sedigheh Moradi told the International Campaign for Human Rights that during her trial in Branch 28 of the Revolutionary Court, a gentleman by the name of "Majid Pourseif" who used to interviews prisoners in 1980s, told her that "you did not give an interview then, now that you are here, you have to give an interview". Sedigheh Moradi insists that her refusal to be interviewed was why judge Moghiseh sentenced her to ten years in prison. |
| 8/2016 | |

|  |  |
|---|---|
|  | Branch 28 of Tehran's Revolutionary Court headed by Judge Moghise, without letting Nasrin Sotoodeh know, tried her in absentia. She was sentenced to five years in prison on the charge of "assembly and collusion for acting against national security" and two years in prison on the charge of "insulting" Ali Khamenei. After the application of Article 134, this will be reduced to five years in total |
| 2/8/2016 | Over twenty Sunni prisoners of thought who were tried by judge Moghiseh were executed in Rajaei Shahr Prison in Karaj. According to witnesses, he was not only involved in the massacre of political prisoners in 1988 (see the interview of Kalameh TV channel with Taghi Rahmani), but he also played a decisive role in probably the largest mass executions of thought prisoners in Iranian prisons since that year. According to numerous eyewitness accounts that Atlas has collected, Judge Moghiseh issued death sentences for all the Sunni prisoners, in quick trials that each lasted only a few minutes, during which he cursed at them, called them Kafirs, mentioned their Kurdish ethnicity and Sunni religion as their sins, and did not allow the presence of their defense attorneys during the trial. He single-handedly defied the numerous violations mentioned by the supreme court and ignored the claims of prisoners that their confessions were taken under torture. He prevented the overturn of verdicts that were issued based on revoked or changed laws. Ideological prisoners have been battered in his presence, he has denied prisoners, their families, and attorneys, of the right to inform the public, and has denied the public and the international community the right to be informed. Finally, he has been one of the most insistent executioners of thought prisoners. |
| 1/6/2016 | According to HRANA, Branch 28 of the Tehran Revolutionary Court has issued verdicts against some political defendants. According to the verdicts issued by Judge Moghiseh, Dr. Reza Haidarpour, "Evin Prison Doctor," had been sentenced to six months' imprisonment for examining and stating the beatings and tortures on Sattar Beheshti's body |
| 25/5/2016 | Judge Moghiseh issued death sentences for seven Sunni prisoners: Davoud Abdollahi, Kamran Shaykheh, Farhad Salimi, Anvar Khezri, Khosrow Besharat, Ghassem Abasteh, and Ayoub Karimi. |
| 2/10/2015 |  |

Keyvan Karimi, on October 2, 2015, was sentenced to 6 years incarceration and 223 lashes of the whip, by branch 28 of the Revolutionary Court of Tehran, headed by judge Moghiseh, on the charges of: blasphemy, propagating against the state, and kissing and handshaking a person of the opposite sex (not mahram). According to reports, Keyvan Karimi's hearing was held with the presence of judges, Babaei and Pourarab, the representatives of IRGC intelligence, the Ministry of Intelligence, and of the Tehran's prosecutor. In his defense against the charge of blasphemy, Karimi told the court that both the film and it's clip, that are cited as evidence in the case, have never been published and can therefore not be used as evidence for the charge of blasphemy, a statement which the representatives, present in the court, also, confirmed

| | |
|---|---|
| 30/5/2015 | Judge Mohammad Moghiseh issued the sentences for Omid Alishenas, Atena Daemi, Nasou Rostami, Ali Nouri and Mohammad Hossein Daemi. Omid Alishenas was sentenced to 7 years in prison under article 610 Islamic Penal Code for "Assembly and collusion against national security and propaganda against the system", 3 years of prison under article 514 Islamic Penal Code for "insulting the Supreme Leader" and a 1.2 million Tooman fine for "keeping vulgar CD's and using satellite tv services." Atena Daemi was sentenced to 7 years in prison under article 610 Islamic Penal Code for "Assembly and collusion against national security, and propaganda against the system", 3 years in prison under article 514 Islamic Penal Code for "insulting the Supreme Leader", 4 years in prison under article 554 Islamic Penal Code for "hiding crime evidence" (she changed the passwords of Ali Nouri's email and Facebook after his arrest). Nasou Rostami and Ali Nouri were sentenced each to a total of 7 years in prison (5 years under article 610 and 2 years under article 514 of the Islamic Penal Code). Atena Daemi's father, Mohammad Hossein Daemi was fined 300 thousand Toomans for "using satellite tv services." In the verdict issued by the court, all activities to defend human rights, defend political prisoners and their families or any political activism against the system was considered to be a crime, also titles like Legal experts who work with the Iran Prisons Atlas consider this verdict not be legally credible because, in addition to regular problems in revolutionary court's verdict like mentioning only the title of crimes instead of defendant's conduct regarding that crime and despite the number of accusations (no more than 3), defendants were sentenced for more than the maximum penalty required by law. For instance, defendants were sentenced to 7 years in prison for article 610 Islamic Penal Code and 3 years for article 514 Islamic Penal Code despite the fact that the maximum sentence by law for article 610 and article 514 are 5 and 2 years, respectively |

|  |  |
|---|---|
|  | (see source (https://ipa.united4iran.org/media/file_evidence/Atena_Daemi_Court.pdf)) |
| 14/1/2015 | Numerous political and ideological prisoners have testified that not only judge Moghiseh does not give an opportunity for defense in many of his trials, but he insults and curses at the prisoners. Atena Daemi is one of these prisoners who told Iran Wire about his trial session: "He just started cursing at me, that you're rude and flagrant, you're standing against God, you have committed blasphemy, you listen to Shahin Najafi songs. How is death sentence any of your business? he did not let me talk at all." |
| 7/2014 | The Guardian published an article about Mr. Salavati, Moghiseh, Pirabbasi, Haddad, Zargar and Babaei, titled, "Six Judges Accused of Leading Role in Iranian Crackdown on Free Speech". |
| 2013 | Judge Moghiseh sentenced Barzan Nasrollahzadeh to death. Barzan Nasrollahzadeh, accused of being engaged in "Salafi jihadist groups," was less than 18 years old at the time of his arrest. His identity card picture has been recorded in the evidence section of IPA |
| 2013 | Eight Baha'is were arrested in Golestan province. They were tried in an eight minute court hearing, headed by judge Moghiseh, and sentenced to 45 years incarceration collectively. According to the court's verdict, Farhad Fahandej was sentenced to ten years in prison, Payam Markazi, Foad Fahandej, Siamak Sadri, and Kourosh Ziari, Kamal Kashani and Farahmand Sanei were each condemned to five years incarceration for the charge of "propagating against the state", "establishing and organizing illegal organizations" and "membership in illegal Baha'i organizations". Farhad Eghbali, who had been released on bail due to his heart disease, was tried with these seven individuals and sentenced to five years incarceration. |
| 2012 | In the autumn of 2012, a number of Baha'i citizens of Gorgan, Gonbad, and Minoodasht were arrested collectively. In 2015, these individuals were condemned to a total of 193 year incarceration. Collective arrest of Baha'is in the province of Golestan and the municipality of Gorgan had previously taken place, on several other occasions, as well. In 2012, a group of Baha'i citizens of this province were arrested and taken to Evin prison. They were, also, given long-term |

prison and exile sentences in Rajaei Shahr prison in Karaj. However, the judges of the Revolutionary courts of Gorgan and Tehran and the Appeals courts of Tehran and Golestan provinces including judge Mohsen Ghanbari and Judge Moghiseh did not research the claims of these citizens and instead issued sentences of decades of imprisonment to people whose activities had not gone beyond seeking their rights and freedom.

| | |
|---|---|
| 2011 | In 2011, Saeed Malekpour's death sentence was referred twice to Branch 32 of the supreme court presided by judge Farajollahi. It was overturned the first time and was returned to Branch 28 of Tehran Revolutionary Court for further investigation - on the technical aspects of the case and the defendant's claim that he was tortured - but according to "Justice for Iran", the technical aspects were never reviewed again and with no further investigations judge Moghiseh accepted the claims of no torture from the interrogators, reconfirmed the death sentence and returned the case to Branch 32 of the supreme court. This time, the Branch 32 judges confirmed the death sentence of Mr. Malekpour. |
| 2011 | Sedigheh Moradi was sentenced to ten years in prison and exile to Rajaei Shahr Prison by judge Moghiseh on the charges of Moharebeh and association with dissident groups. Mehdi Khavas told the International Campaign for Human Rights in Iran that his wife is a homemaker and she kept in touch with her old cellmates from 1980s and visited their families in Iran. According to him, in the courtroom, judge Moghiseh stated that "these visits are her crime" and convicted her according to Article 186. |
| 6/12/2011 | Following Saeed Malekpour's death sentence's re-issuance, his family described the fair trial violations attempted in Tehran Revolutionary Court, presided over by Judge Moghiseh. According to the letter, published by the Boroumand Foundation, Judge Moghiseh brought Saeed Malekpour's interrogators to the trial instead of the Judiciary expert. Five other defendants, who were also under pressure, gave "contradictory" testimonies against Saeed. The case lacks a technical expert, and the forced confessions obtained from Saeed Malekpour are "technically impossible." They asked, "Why the judge is opposed to the presence of an expert and the accused to forensic medicine to investigate allegations of torture?" The letter also states that the trial began with "insults to the defendant and his lawyer" by the judge. Lawyers were not allowed access to the case until a week |

before the trial and had to read a 25-volume case, each over 200 pages long. The IRGC has gone so far as to include "several Playboy magazine issues as evidence in the case file." This letter recorded in the evidence section of this page

| | |
|---|---|
| 12/4/2011 | The European Union put his name on the list of sanctioned human rights violators. |
| | (see source (https://www.radiofarda.com/a/f4_eu_list_iranian_abuse_human_rights/3557347.html)) |
| 12/2/2011 | The trial of ten Sunni prisoners of thought was held in his court and all the defendants were sentenced to death. In many aspects, this trial is one of the most prominent cases of the violation of trial procedure in Iranian courts in recent years. According to many published letters of the defendants in this trial, they were not allowed to hire attorneys of their choosing, the court-appointed attorneys were threatened and did not have any notable meetings with their clients, the trial session was very brief, the defendants were wearing blindfolds in court, the security agents used tasers on the defendants during the trial session in the presence of the judge, and the judge insulted them repeatedly. This case was investigated by the Boroumand Foundation and the audio and video statements of the defendants before their executions are available online. |
| 2010 | His wife, Fatemeh Eftekhari, wrote a letter to the head of the judiciary explaining the case of Saeed Malekpour and the violations of the fair trial. According to the letter, Saeed Malekpour could defend himself "in the presence of a computer expert in court." He was detained for more than 12 months in solitary confinement "under all kinds of mental, psychological and physical torture." He told Tehran Revolutionary Court (Judge Moghiseh) that the confessions were obtained "under torture and psychological pressure." The judge did not accept his request for continued access to a lawyer and a computer expert. The confessions were broadcast on Tv, before the verdict issuance up to a year before the trial, "to destroy and insult the reputation of individuals." At the same time, only a 15-minute before trial, the judge told the lawyer that he had considered the death sentence. The audio file of Saeed Malekpour's statements includes cases of "violation of human rights" attached to the letter. Judicial officials have not responded to letters so far. In the letter, she asked the judiciary head to order an investigation before issuing a verdict. This letter is recorded in the evidence section of Saeed Malekpour's page |

(see source (https://ipa.united4iran.org/fa/prisoner/940/))

| | |
|---|---|
| 2/10/2010 | After objecting to the verdict issued by Branch 22 of the Revolutionary Court, Jafar Eghdami's case was referred to Branch 28 of the Revolutionary Court where judge Moghiseh increased his sentence to 10 years in prison. According to Jafar Eghdami's writings, in response to the defense statement made by Mrs. Housheh, the defense attorney, judge Moghiseh stated: "I say he is Mohareb and will sentence him based on that. Take your arguments and reasonings to the appeal court." Jafar Eghdami emphasizes that "the trial session lasted only 7 minutes and during the session, Mr. Moghiseh insulted me several times." |
| 2001 | He became the head of the Hijab and anti-Satelite branch. In the 2000s, he was appointed as the chief of the Branch 28 of the revolutionary court. |
| 21/3/1991 | In the early 1990s, he was transferred to Tehran revolutionary court and was appointed as the attending judge of Evin Prison. |
| 1988 | It is said that he had an active role in the 1988 execution of political prisoners in Gohardasht Prison. At the time, he was both the judge and the warden of Gohardasht Prison. |
| 21/3/1985 | He was appointed as the attending judge of Ghezel Hessar Prison under the pseudonym of 'Naserian'. |
| 4/6/1984 | In an interview with Iran Wire, Mahnaz Ghazloo said that she was arrested on this date and that she was tortured at the hands of Naserian (judge Moghiseh), one of the chief interrogators in Evin Prison. |
| 21/3/1981 | He started his career in the Judiciary as a judge in Branch 3 of Evin Prison court under the pseudonym of 'Naserian'. |

# EXPLANATION

Judge Moghiseh was the chief of Branch 28 of Tehran Revolutionary Court, and he was appointed as a judge of the Supreme Court in November 2020

# SUPPORTING EVIDENCE

All                                                                Rulings

Verdicts                              Transcripts                              Images

  





(/en/)

follow us

 [English] (https://www.facebook.com/United4IranFB)

 [فارسی] (https://www.facebook.com/United4IranFB)

 (https://twitter.com/united4iran)

connect

contact (http://united4iran.org/contact)

powered by:

 (https://smallmedia.org.uk/)

Copyright 2015 United For Iran.
All Rights Reserved