IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Masih Alinejad,

                      *Plaintiff*,

    v.

The Islamic Republic of Iran et al.,

                      *Defendants*.

Case Number: 1:19-cv-03599-GMH

**DECLARATION OF** ▓▓▓▓▓▓▓▓

    COMES NOW ▓▓▓▓▓▓ and states as follows:

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. Since Mr. Alinejad's case was before Iran's Revolutionary Court, and it was a case against national security, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

4.    ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

5.    Mr. Alireza Alinejad was arrested on September 24, 2019. After the arrest and confiscation of his personal properties in September 2019, Mr. Alireza Alinejad was detained in the solitary cell of Ward 2A of the IRGC Intelligence Organization, which is located within the Evin Prison Complex. Alireza was under daily, around-the-clock interrogation until the last week of December 2019. During this time, Mr. Alinejad was refused any communication outside of solitary confinement and even to meet his family and see his children.

6.    ████████████████ during these interrogations, he was detained in a very small and dirty cell with one blanket. The length of the cell was hardly longer than his height, considering the toilet at the end of the cell. The cell was cold and had no window looking outside, only a small window on the cell door, which was closed constantly unless a guard needed to open the door or talk to him. He had no open air time; he was either in an interrogation room or his cell. This prolonged solitary confinement was used as a tactic to isolate and pressure him to confess to false crimes in his interrogations.

7. When he was not in his cell, he was under extreme interrogation. During his interrogation, he was exposed to inhumane and degrading treatment by IRGC interrogators, including extreme psychological pressure, threats, and intimidation. For example, the IRGC interrogators would threaten him that if he doesn't cooperate with them they will torture his mother, father and other family members; convict him with crimes against Islam carrying the death penalty; ███████████████████████████████████████; publish wrong and publicly shameful information against his character; and cause serious issues ████ █.

8. These interrogations lasted between 8-16 hours, without interruption. They weren't even interrupted to provide Mr. Alinejad with essential medical treatment. For instance, Mr. Alinejad became ill on multiple occasions, and suffered a severe ear infection. The authorities refused him medical treatment and never provided him with specialists, causing his health to seriously deteriorate. When he was eventually allowed to access the medical clinic in Evin Prison, he was only entitled to limited, generalized treatment.

9. In addition to wearing down his physical health, the authorities used all sorts of psychological techniques to try to break him. The IRGC's efforts to extract false confessions from Mr. Alinejad during his interrogations made clear that their ████████████████████████. ████████████████████████████ The IRGC knew of their close relationship and the love Ms. Alinejad has for her brother, and were convinced that Mr. Alinejad's unknown status and the fact that he is not free due to Masih's activities would impact Masih's work, or at least cause her pain and sorrow, so that she would cease her work in the hopes of her brother then being released. His interrogators constantly tried to (1) ████████████████████████ ████████████████████████████████████

██████████████████████████████████████████████ (2) ████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████ and (3) █████████████

████████████████████████████████████████████████████████████

████████████████████████

10. On May 7, 2020, when Alireza did not succumb to the IRGC's intense tactics and pressure for 225 days and refused to give a false forced confession or collaborate with the government, and his arrest did not silence his sister, he was transferred out of solitary confinement in the IRGC-controlled Ward 2A to the political ward in the Evin Prison to be tried, which was a different type of threat. He was charged with (1) Propaganda against the state - Art. 500 Iran Penal Code ("IPC"); (2) Assembling and colluding to act against national security - Art. 610 IPC; and (3) Insulting the Leader or the Founder of the Islamic Republic - Art. 514 IPC. He was set for trial before Judge Mohammad Moghiseh, the head of Branch 28 of the Revolutionary Court of Tehran.

11. ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

12. On June 26, 2020, his main trial started before Judge Moghiseh, ███████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
██████ U.S. had sanctioned him personally as a judge for severely violating the human rights of Iranians. On July 15, 2020, Branch 28 of Tehran Revolutionary Court, presided over by Judge Moghiseh, sentenced Mr. Alinejad to five years in prison on the charge of "Assembly and collusion against national security," to two years in prison for "insulting the leadership," and to one year in prison for "propaganda against the regime." Five years of his sentence will be applicable under article 134.

13. On October 18, 2020 Branch 36 of the Tehran Court of Appeals, presided over by Judge Seyed Ahmad Zargar, upheld Alireza Alinejad's sentence.

14. ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████

15. On May 24, 2021, Alireza was qualified for parole under Iranian law, but his parole request was denied.

16. On August 3, 2021, Mr. Alinejad was released from jail under conditional release. ████████████████████████████████████████████████████████████████████████

███████████ ████████████████████████████
████████████████████████████████████████

17. I have to mention that there was a sudden change in Iran's behavior against Mr. Alinejad between May and August of 2021, culminating in their conditional release of Mr. Alinejad. ████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████ but I have no direct knowledge of those demands, thus I am not going to provide those third hand information.

18. ████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███

I declare and can competently testify under penalty of perjury that the foregoing is true and correct.

Executed this __5th___ day of December, 2022.

████████████████████
████████████████████
████████████████████

███████