UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MASIH ALINEJAD,**<br><br>Plaintiff,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN,** *et al.*,<br><br>Defendants. | Civil Action No. 19-cv-3599 (GMH) |

# ORDER

As detailed in the Memorandum Opinion and Order filed concurrently with this Order, it is hereby

**ORDERED** that Plaintiff Masih Alinejad's motion for default judgment, ECF No. 31, is **GRANTED** and judgment is entered in favor of Plaintiff and against Defendant the Islamic Republic of Iran.  It is further

**ORDERED** that Plaintiff is awarded the following amounts in damages: $1,662,500 in compensatory damages and $1,662,500 in punitive damages for a total of $3,325,000 in damages. It is further

**ORDERED** that the Clerk of Court shall close this case and terminate any pending motions and deadlines.

This is a final appealable order.

**SO ORDERED.**

Date:  July 6, 2023

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE