CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Masih Alinejad

_____
Plaintiff(s)

vs.                                                                                           Civil Action No.: 19-cv-3599 (GMH)
Islamic Republic of Iran

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment ▼ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Permanent Representative of the Islamic Republic of Iran to the United Nations
Saeed Iravani
622 3rd Ave 34th floor
New York, NY 10017

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): The Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Ali Herischi
Herischi & Associates LLC
7201 Wisconsin Ave, Suite 440
Bethesda, MD 20814

(Name and Address)