```
ORIGIN ID:OBTA    (301) 363-4540         SHIP DATE: 19OCT23
ALI HERISCHI                             ACTWGT: 0.10 LB
HERISCHI & ASSOCIATES LLC                CAD: 102546163/INET4535
7201 WISCONSIN AVE
SUITE 440
BETHESDA, MD 20814                       BILL SENDER
UNITED STATES US

TO  AMB. SAEED IRAVANI
    IRAN AMBASSADOR AT UITED NATIONS
    622 3RD AVE
    34TH FLOOR
    NEW YORK NY 10017
    12126872020          REF: MA
    INV:
    PO:                  DEPT:
```





```
                 TUE - 24 OCT 5:00P
TRK# 7738 0127 2730   EXPRESS SAVER
 0201

4Z QUEEG                    10017
                     NY-US  EWR
```



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.